1                    UNITED STATES DISTRICT COURT

2                FOR THE WESTERN DISTRICT OF WISCONSIN

3       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

4    WISCONSIN ALUMNI RESEARCH FOUNDATION,

5             Plaintiff,

6      -vs-                              Case No. 08-C-78

7     INTEL CORPORATION,                 Madison, Wisconsin
                                         August 8, 2008
8               Defendant.               9:00 a.m.

9       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

10   STENOGRAPHIC TRANSCRIPT OF CLAIMS CONSTRUCTION HEARING
            HELD BEFORE CHIEF JUDGE BARBARA B. CRABB

11

12   APPEARANCES:

13   For the Plaintiff:  Heller Erhman
                         BY:  ATTORNEY MICHELLE UMBERGER
14                       1 East Main Street
                         Madison, Wisconsin  53703
15                       ATTORNEYS ANAPAM SHARMA and ROBERT
                         HASLAM
16                       275 Middlefield Road
                         Menlo Park, California  94025
17
     For the Defendant:  Wilmer Hale
18                       BY:  ATTORNEYS WILLIAM LEE, STEPHEN
                         MULLER and DONALD STEINBERG
19                       60 State Street
                         Boston, Massachusetts  02109
20
                         Boardman, Suhr, Curry & Field
21                       ATTORNEY RICHARD BOLTON
                         1 S. Pinckney Street, 4th floor
22                       Madison, Wisconsin  53703

23                               Lynette Swenson
                                 Federal Court Reporter
24                               United States District Court
                                 120 N. Henry St., Room 520
25                               Madison, WI  53703
                                 (608) 255-3821

1             (Call to order)

2             THE CLERK:  Case Number 08-CV-78.  Wisconsin

3    Alumni Research Foundation versus Intel Corporation

4    called for a claims construction hearing.  May we have

5    the appearances, please.

6             MS. UMBERGER:  Good morning, Your Honor.

7    Michelle Umberger of Heller Erhman.  And with me are my

8    colleagues Robert Haslam and Anupam Sharma.  Also at

9    counsel table is WARF's expert, William Dally.  And we

10   also have in the courtroom representatives of WARF, Carl

11   Gulbrandsen and Michael Falk.  And also one of the

12   inventors on the patent-in-suit, Dr. Gury Sohi.

13            THE COURT:  Thank you.

14            MR. LEE:  Good afternoon, Your Honor.  My name

15   is Bill Lee of Wilmer Hale.  With me are my colleagues

16   Donald Steinberg and Steve Muller.  At the table is Eric

17   Braun, from Fulcrum Legal Graphics, who hopefully will

18   make everything work on the screens for you.  With us

19   today are Professor Douglas Clark from Princeton

20   University, who is one of the declarants that Your Honor

21   has, and our local counsel, Mr. Rich Bolton, from the

22   Boardman firm.

23            THE COURT:  Thank you.  Okay.  I want to start

24   off by thanking you for your briefs.  These were two

25   sets of the best briefs that I have received in a long

1   time and I have to tell you what a pleasure it is to

2   have good briefs.

3        Second, I think I understand that you want to give

4   me some background on the invention, which would be very

5   helpful, but then I really want to focus on what I think

6   are the two crucial questions or at least the ones that

7   are -- that I've been struggling with.  One is this

8   whole question about deciding whether the patent

9   operates solely by using the load/store pairs to

10  identify misspeculations or -- and that's what I

11  understand to be defendant's position -- or whether as

12  plaintiff argues it incorporates the three-tier approach

13  that permits the data speculation circuit to detect data

14  dependence in either individual instructions or

15  instruction pairs.

16       And the second is the term "in fact executed" and

17  exactly what it means.  Does it refer to accessing a

18  memory address?  Does it require completion of a

19  process, or may it include an instruction that has been

20  executed as far as possible and is considered ready to

21  commit the operation?  Or would it also include certain

22  to access?

23       So those are the two.  I think those two really

24  pervade all of the claim terms that are in dispute, and

25  the other aspects don't seem as troublesome to me.  But

1    perhaps I was missing something.

2        All right.  How do you wish to proceed?

3    Mr. Haslam, do you want to start out?

4        MR. HASLAM:  We had, I think, anticipated that

5    at least the two issues that you had would be the

6    primary issues and we have prepared -- Professor Dally

7    had prepared a short presentation on the background of

8    the technology, but also just walking through how the

9    patent operates because I think it's particularly

10   relevant to the two issues that the Court has asked its

11   questions about.  And then I would be prepared to

12   follow-up with a brief argument on the first issue,

13   which is the data speculation circuit and whether it

14   operates only on load/store.

15       THE COURT:  And we will go until twelve o'clock

16   if we need to and we'll split the time.  I'll keep

17   track.  All right.  You may proceed.  Before I do that,

18   Mr. Braun or whoever is going to be --

19       MR. LEE:  Your Honor, I'll be doing the

20   argument.  I think what we -- perhaps we could do this:

21   Mr. Steinberg, who is one of my partners, is also a

22   computer scientist from Princeton who is going to

23   address some of the same issues as Professor Dally.  It

24   might make sense, if it's all right with the Court and

25   Mr. Haslam, to have each of them cover the background

1   technology, then move to the two terms in dispute so we

2   don't have unnecessary duplication.

3         MR. HASLAM:  That probably is the best way,

4   then the Court has all the background technology.

5         THE COURT:  That's fine.  Okay.  And you're

6   Mr. Lee, right?

7         MR. LEE:  Yes, Your Honor.

8         THE COURT:  Okay.  Mr. Braun was probably

9   terrified when I --

10         MR. LEE:  I was happy to sit here, but --

11         THE COURT:  All right.  Mr. Haslam, you may

12   proceed.

13         MR. HASLAM:  Professor Dally, do you want to

14   speak?

15         MR. DALLY:  Your Honor, I'd to start with just

16   a brief description of what the key issues are, and they

17   have to do with data speculation in the high performance

18   processor.  Data speculation is where you execute a load

19   instruction out of order with the store instruction

20   before you know whether that load depends on the result

21   of the store or not.  This ambiguous dependence occurs,

22   as in the case here taken from Table 1 of the

23   patent-in-suit, where I have a store instruction, in

24   this case the store is the result of some computation to

25   the memory location indicated by the address in register

1    one, and I have later in program order a load

2    instruction that loads from the address in register two,

3    but I may not yet know those addresses.  So the

4    dependence is ambiguous because depending on the

5    contents of register one or register two, the load may

6    depend on the store or it may not.

7         The conservative thing is to execute in program

8    order, executing a store first and then the load.  But

9    if they don't actually depend on one another, it's

10   advantageous for performance reasons to execute the load

11   first.

12        So here is the conservative approach where the

13   program order is shown on the left and then I show that

14   if I just execute the store first and then the two

15   loads, even if the registers have the same address, I'll

16   get correct execution.  But I may wish in some cases to

17   speculate, where I'll execute the load first, in this

18   case I'll execute instruction two first.  Even though it

19   may depend on the store because I'm speculating, that is

20   I'm guessing that register two does not have the same

21   value as register one, and this will be a safe

22   out-of-order execution.  Or in this case I may speculate

23   on both instructions two and instructions three,

24   executing them both ahead of the store, speculating that

25   both of the load addresses will not match the store

1    address.

2         Now because I have to guarantee to the programmer

3    that the machine will execute the program as they

4    intended, if I do that speculation, I have to check, and

5    if I find that one of these addresses matches, that's a

6    misspeculation and I need to then cancel the load that

7    misspeculated and go back and run it again.

8              THE COURT:  Could you say that over again?  If

9    you find there's a match --

10             MR. DALLY:  Okay.  On the right side here I'm

11   speculating.  Let's take the simpler case where I'm

12   speculating on just one load, instruction two, and I'm

13   executing it ahead of store instruction one, that's a

14   safe thing to do as long as the contents of register two

15   does not match the contents of register one.  But if I

16   go ahead and I speculate, I execute the load early and I

17   later find that register two contains the same value as

18   register one, then that was an incorrect speculation.

19   There was a dependence, but I executed the load early,

20   reading a stale value from that location, and therefore

21   that's a misspeculation and I have to cancel the load or

22   rerun it.

23        The patent is all about predicting when that

24   misspeculation is likely so that I can go back so I can

25   do the aggressive approach, the data speculation

1   approach, which gives me good performance when it's not

2   likely that those two will match.  But when it is likely

3   that those two will match, I'll do the conservative

4   approach, executing them in order so I won't have to

5   incur the overhead of canceling and rerunning the load

6   instruction.

7          The invention builds on prior art.  As indicated

8   here, the data speculation circuit is known in the prior

9   art and they've extended the data speculation circuit by

10  adding a set of signals to it that communicate with the

11  predictor that predicts when it's likely or not that

12  misspeculation will occur.  And so because they refer to

13  the prior art for the data speculation circuit, one

14  familiar with the art would understand what they meant

15  is what everybody did at that point in time which is

16  they would use load buffers and store buffers to track

17  the load and store instructions that are in what's

18  called the instruction window.  Instructions enter the

19  instruction window as they are fetched and as they are

20  committed or retired, they exit the instruction window.

21  And in between, the load buffer and the store buffer

22  track all those in stores that are in some form of

23  process.

24          THE COURT:  And how do you define a buffer?

25          MR. DALLY:  A buffer is a table, a storage

1  device where I can record these load and store

2  instructions and some of their attributes, and

3  particularly when it's known the addresses that they're

4  reading to or writing from so that I can compare them.

5       So in this example, after the store instruction

6  would first be fetched, entered into this table, but

7  it's not yet known what address it's storing to, so that

8  location is left blank.  Then because we fetch in

9  program order, we fetch instruction two, load it in the

10  table, fetch instruction three, load it in the table,

11  and this shows a point in time where the two load

12  addresses, the value of our two and our three are known,

13  where instruction three has completed, instruction two

14  has been issued to the memory system but is not yet

15  complete and then the store is about to commit, it's

16  determined what its address is, and as is disclosed in

17  the patent-in-suit, when the store commits, it checks

18  its address against that of all concurrent loads, which

19  includes loads that have completed as well as loads that

20  have issued but not yet completed.  And so the address,

21  in this case 100, which is what the value of register

22  one turned out to be, is compared against the address

23  that's recorded for the concurrent load operations, and

24  in this case, because there's a match between the store

25  address and the address of the load of instruction two,

1    instruction two will be canceled or squashed and will

2    have to be rerun even though it hasn't completed.  And

3    instruction three does not match, and so it's going to

4    be allowed to commit when it gets to be its turn, since

5    instructions commit in order.

6         THE COURT:  Can you give me a real life example

7    of what you're talking about?

8         MR. DALLY:  So this is pretty close to real

9    life.  Here it's basically if I execute a load early,

10   I've executed it ahead of the store, to track, to detect

11   if I did that correctly or not.  I have to record in

12   this load buffer, in this table, that this load which

13   occurred at a certain point in program order had a

14   certain address.  I will then, if there's a store that's

15   earlier in the program order, when that store commits,

16   that is when it gets to be the oldest instruction in the

17   instruction window and it's time to check if it's safe

18   for that store to commit and write its results to

19   memory, I will check the address of the store against

20   the address of that load and any other load which is

21   later in program order but has already started

22   execution.  Because if any of those addresses match, it

23   means that the load misspeculated, that it went early

24   when it was not allowed to go early.

25        THE COURT:  I was just thinking from the point

1  of view of the person hitting the keys.

2          MR. DALLY:  Oh, okay.

3          THE COURT:  What would happen?

4          MR. DALLY:  Well, the person hitting the keys

5  will never see this.

6          THE COURT:  Oh, I know that.  And I'm grateful.

7          MR. DALLY:  The reason is the whole art of high

8  performance processor design is to make the processor do

9  lots of things in parallel, all going on at the same

10 time, and to have them all out of order, but to make it

11 so that if you stop the machine at any point in time, it

12 looks like everything went on one at a time and in

13 order.  And therefore even from the point of view of the

14 assembly language programmer, this isn't seen.  The

15 instructions and semantics are such that it appears to

16 the programmer that the store instruction happened first

17 and then the load instruction happened.  The only thing

18 you'll notice when you're typing the keys is that the

19 program runs faster because the things that may cause

20 long delays in modern processors are load instructions,

21 that depending on what level of the memory hierarchy

22 they have to access, may take up to hundreds of cycles

23 to run.  So running a load very early is advantageous

24 because I can start that long wait on a long memory

25 access earlier and be able to overlap other things with

1  that execution.  But from the point of view of hitting

2  the keys, all you'll see is higher performance.

3        THE COURT:  So when you're talking about the

4  programmer, the programmer buys this hardware that does

5  all of this that the programmer doesn't see.  The

6  programmer puts in the program that he wants to

7  accomplish, but then the hardware actually makes it work

8  faster.

9        MR. DALLY:  Right.  So the programmer sees

10  things happening in program order where the store

11  happens first and then the two loads, and as far as the

12  programmer knows, that's what's going on.  And the

13  hardware under the covers, as it were, is reordering

14  things to get better performance by speculating that the

15  loads aren't dependent on the storage and running them

16  early.  But the programmer or the person typing the keys

17  doesn't see that.  It's just a performance enhancement.

18        THE COURT:  Right.

19        MR. DALLY:  But it's a performance enhancement

20  that has to observe the semantics of sequential

21  execution as if everything happened in the right order.

22     Let me move ahead.  So we've seen in our example

23  how we can detect a conflict even with an instruction

24  that hasn't completed and we don't have a conflict, in

25  this case with one that has.  So in the patent, what it

1    refers to is having load and store instructions be

2    provided to this data speculation circuit so they can be

3    entered in the table and their execution tracked, and

4    that when a store instruction commits or retires, it

5    checks its address against the address of all concurrent

6    loads, all loads that are already completed but not

7    retired, as well as all loads in stored execution but

8    have not completed.

9        So this gets to the question of what it means to

10   have in fact executed a load instruction, and in the

11   claim, in fact executed is used from the point of view

12   of the data speculation circuit.  And so we're not using

13   the term in its normal meaning, but we're using it in a

14   very particular meaning.  We're referring to the data

15   speculation circuit, trying to ascertain whether a load

16   has misspeculated with respect to a store.

17       So from the point of view of the data speculation

18   circuit, that load has in fact executed if it has

19   misspeculated, if it has started an access that is

20   certain to return stale data because it's ahead of the

21   store in the memory system, even if it has not yet

22   completed its access.

23           THE COURT:  But accessing is crucial.

24           MR. DALLY:  Accessing is crucial to the

25   behavior of the load.  So if you're worried about -- for

1   example, if you're worried about the point of view of an

2   execution unit, which is dependent upon that load to

3   provide data, then the load is completed when it

4   provides -- when it actually does the access and

5   provides the data.  But from the point of view of the

6   data speculation circuit, it isn't worried about the

7   data, all it's worried about is -- the whole purpose in

8   the existence of this circuit is to look at the loads

9   and look at the stores and say wait a minute, that load

10  has misspeculated, you have to cancel it and rerun it.

11  And so from the point of view of that circuit, the load

12  is in fact executed as soon as you can determine that it

13  was misspeculated.

14          THE COURT:  And you can determine it by

15  accessing the memory?

16          MR. DALLY:  No.  You determine it by comparing

17  the addresses.  As soon as you can see the store address

18  and the load address are the same, that load has in fact

19  executed before the store and should be canceled.

20          THE COURT:  And don't you have to access the

21  memory to see whether it's --

22          MR. DALLY:  No.

23          THE COURT:  -- the same?

24          MR. DALLY:  All you have to do is compute the

25  address.  If we go back to our example of the load

1  buffer and the store buffer, we know that the load has

2  misspeculated as soon as we know the store address.  The

3  load address we already know, because to issue the load

4  we need to know its address to issue it to the memory

5  system.  The thing that wasn't known, the thing that

6  comes in late, is the store address.  But as soon as we

7  know the load address and we see the store address, we

8  can see that a misspeculation has occurred.  We don't

9  actually have to access the memory to detect the

10  misspeculation.

11     Let me walk through the function of the invention.

12  As you indicated earlier, the position of WARF is that

13  the invention is three tiers, and this is described in

14  the patent itself.  And the first tier is that if a load

15  has a clean record, if there's no history of this load

16  having misspeculated in the past, it is assumed that

17  this good behavior will continue and the load is allowed

18  to go ahead and speculate, that is to execute ahead of

19  stores without any further inquiry.

20     If on the other hand the load has a record, that

21  record is recorded in something called a prediction

22  table and the invention looks at the value of the

23  prediction in the prediction table.  In this case the

24  value was 1, and that value was used as an indication as

25  to whether the load is likely to misspeculate or not.

1    Depending upon the value, if the load will be allowed to

2    misspeculate or not.

3        And then finally the third tier of the invention

4    has to do with when to release the load if it has not

5    been allowed to speculate; that is, if it's not allowed

6    to speculate, the store that's in the prediction table

7    in another structure called the synchronization table

8    are used to say when the store that historically is

9    loaded has misspeculated with occurs and is executed,

10   then the load will be released and allowed to execute

11   even if it's still speculative with regard to some other

12   stores in the instruction window.

13       So here is a little road map of the argument.

14   We've already seen that we detect misspeculation by

15   comparing every store against every concurrent load, not

16   just against certain loads that it's paired with.  What

17   we're going to do now is we're going to look at the

18   second tier of the instruction and we're going to see

19   that the decision to speculate or not with the load, to

20   delay it or to execute it speculatively is made solely

21   on the value of the prediction and doesn't take into

22   account whether or not any particular store is in the

23   instruction window.

24       So let's look at a particular case where

25   historically the load A has misspeculated with respect

1    to a store X.  The prediction table has been trained on

2    this so that an entry in the prediction table associated

3    with load A has a prediction that we'll use for the

4    decision to delay the instruction and it is also

5    recorded store X because that's the store instruction

6    that this load has historically misspeculated with

7    respect to.

8        So let's move on and see what happens under two

9    scenarios.  The first is when we encounter load A and

10   store X is not in the instruction window, instead some

11   other store, store Q is in the instruction window.  So

12   load A is still speculative because store Q hasn't

13   completed yet and it may be dependent upon store Q.  But

14   the paired store, store A does not appear anywhere.  And

15   then we'll look at another scenario where store X is in

16   the instruction window, and what we'll see is that the

17   decision to delay the load does not depend on whether

18   that store is in the instruction window.  It will be

19   delayed solely based on the value of the prediction

20   associated with the load.

21       So here is Figure 3 of the '752 patent that

22   describes the operation of the data speculation circuit,

23   and the data speculation circuit here first checks to

24   see if this is a load instruction, and it is, so it

25   moves forward and says is this a speculative load.  And

1  because there's an earlier store in the instruction

2  window that we don't yet know the address of, it's

3  speculative, depending on the address of this

4  load/store.  This load may be dependent on store Q or it

5  may not be dependent on store Q.

6      So since it's speculative, it puts out a signal

7  called handle ready to load.  This is one of the signals

8  from the data speculation circuit to the prediction

9  circuit or the predictor.  So here we're going to jump

10 over to handle ready to load in the predictor circuit.

11 In the predictor circuit we first check is the load in

12 the prediction table.  This is the first tier.  We're

13 seeing if this load has any record at all.  If there's

14 no record, we'll go ahead and just execute it

15 speculatively.  If it is in the prediction table, we'll

16 go to Box 104 here where it says is synchronization

17 required and the associated text indicates that that's

18 determined by examining the value of the prediction

19 that's associated with the load in the prediction table.

20 It does not make any reference to the store entry in the

21 prediction table.  So that this will delay the load if

22 this prediction indicates it should be delayed, whether

23 the store that's made it speculative is store A, store X

24 or store Q.

25      So the synchronization table is not needed for this

1   decision.  Once it's determined that synchronization is
2   required, the wait flag will be set to 1.  This lower
3   part of Figure 4 deals entirely with the synchronization
4   table, and if synchronization is required and the paired
5   store is not yet executed, the path will always follow
6   down to Box 116 here, setting the wait flag to 1.  And
7   it's the wait flag set to 1 that will then cause the
8   load to wait until it's either woken up by the paired
9   store, becomes nonspeculative, in this case when store Q
10  has retired, or if it's squashed because of the
11  misspeculation or some other reason.
12      So the wakeup in this case, because the paired
13  store, store X, does not occur in the instruction
14  window, won't involve the synchronization table, it will
15  just wait until it's no longer speculative, that is
16  until there's no instruction ahead of it in the
17  instruction window, that is a store with an unknown
18  address, and once that occurs, the handle load signal
19  will be asserted which allows the load to complete
20  normally.
21      That was scenario one where we encounter the load,
22  the paired store is not in the instruction window, some
23  other store is, and the decision to delay the load is
24  based solely on the prediction value.  The identity of
25  the paired store or the identity of the store that the

1   load is speculating on does not play in the decision

2   whether or not to speculate on the load.

3        Let's consider the second scenario now where the

4   store that's in the prediction table is the one or is

5   one of the stores in the instruction window.  Here the

6   first part happens just as it did before.  We determine

7   it's a load.  We see because there are stores ahead of

8   it in the instruction window that it's a speculative

9   load.  We assert handle ready to load.  We will look at

10  whether the load is in the prediction table.  We'll look

11  at what the prediction value is in Box 104, and we will

12  decide to delay the load.  Wait will get set to 1 if the

13  prediction is in the proper range, and that wait getting

14  set to 1 will cause us to fall into -- go back one --

15  cause us to fall into this box where we wait for one of

16  these events to happen.  The only difference now is that

17  if store X executes first before store Y, it will wake

18  up the load and the load will execute even though it may

19  still be speculative with respect to a different store,

20  in this case store Y.

21       So here are the two instruction windows.  The load

22  here is making its decision on whether to speculate only

23  using the value highlighted in blue here, the prediction

24  value on the table.  The value of the store that's

25  paired with the load on the table is not used for the

1  decision as to whether to delay the load or to execute

2  it speculatively.  So the same delay will occur whether

3  it's some other store or queue in the instruction window

4  or whether it's the paired store, store X in the

5  instruction window.

6      Thank you.  Do you have any questions for me before

7  I turn the podium over to Mr. Haslam?

8          THE COURT:  I don't think so.  Thank you.

9          MR. DALLY:  Thank you very much.

10         MR. LEE:  Mr. Steinberg, Your Honor.

11         THE COURT:  All right.  Mr. Steinberg.

12         MR. STEINBERG:  Thank you, Your Honor.  I'm

13  Donald Steinberg.  I'm going to end up covering some of

14  the same ground I think that Professor Dally covered.

15  We're largely covering the same concepts here, but I'm

16  hoping to some degree a second perspective will help in

17  the understanding.

18      There are four general areas I was planning to

19  cover, and some of this I'm going to skip over fairly

20  quickly, the relevant technology, dependency in load and

21  store instructions.  A little bit about what happened

22  before the '752 patent, as Professor Dally indicated,

23  there was a lot that happened before, and then try to

24  get into the details and largely follow what actually

25  happens and what's described in the '752 patent.

1    There are generally three types of instructions

2  that -- I'm on Slide 5 -- are relevant here.  There are

3  computation types of instructions such as adding two

4  numbers together, and then there are data-type

5  instructions, which are the focus of this speculation

6  that we've been talking about.  There are store

7  instructions, and those store a value to a memory

8  location.  And there are load instructions, which load a

9  register from a memory location.  So that's the

10 data-type instructions.  Then lastly, there are control

11 instructions which jump the program from one part of the

12 program to another part, and we're not going to be

13 talking too much about those.

14    Generally the instructions appear in the memory of

15 the computer and they're in a particular sequence or

16 order and the patent calls this the memory order.  So

17 for example, in Slide 6, in the lower left we see the

18 memory order.  There's a load instruction, the LD.  Then

19 there's a multiplying instruction, and then a store

20 instruction.  And that's the memory order of the

21 instructions.

22    But the instructions don't always execute in the

23 memory order in which they're stored in the computer.

24 One reason that may happen is because of the branch

25 instructions I was talking about.  They go down to

1    instructions 6, 7, 8, 9, then it branches up to

2    instruction 4 or down to instruction 40.  So if you have

3    something like that occur, they're not actually going

4    down in sequential order.

5       But perhaps more important for our purposes, what

6    the patent is talking about is parallel processing and

7    what parallel processing lets us do is execute more than

8    one instruction at the same time.  If you can do that,

9    it speeds up the processing.  Everything gets done much

10    faster.  But if you're going to do that, you have to add

11    some extra controls into the process because things can

12    get messed up and that's what the patent is going to

13    relate to.

14       Now in determining what can be executed in what

15    order, and I'm on Slide 8 now, it's important to

16    consider both the concept of dependent instructions and

17    independent instructions.  So the example here is not

18    from the patent, but I think it helps illustrate it a

19    little bit easier.  This was in the papers we filed.

20    The second instruction on Slide 8 is dependent on the

21    first instruction because it needs to know what the

22    value of A is in order to multiply it by nine to get the

23    value of B.  If instruction 102 executed before 101,

24    there would be a problem because it wouldn't have the

25    current value of A.

1    But the first instruction, 101, is independent in

2  this example because all it needs to get is 5 and 3.

3  It's not -- it doesn't need some prior instruction to

4  tell it.  So that's the idea of independent and

5  dependent instructions.

6    Now when we get into the patent in just a second,

7  we're going to get into sort of a lower level of

8  instructions because we're just talking about loads and

9  stores, but the concept of dependency is the same.  So

10 we talked a little bit about load and store

11 instructions.

12    Going on to Slide 10, here we saw Figure 2 before,

13 I showed you the load and the multiplying and the store

14 in the lower left.  If a store instruction is going to

15 store data in a memory location from which a later load

16 instruction is going to retrieve the data, then the load

17 is dependent on the store.  The load needs to have the

18 store execute and put its data into the memory location

19 so the load can get the data.  Until that happens, the

20 load can't execute because it's going to have all data

21 and it'll get the wrong results.

22    So at one level that sounds fairly simple.  As we

23 go on to Slide 11, the problem is that determining

24 whether there's dependency is not always that easy

25 because the memory location from which a load or a store

1   will work is not always clear upfront.  And so really

2   quickly in the example shown in the patent, and we're

3   looking at Table 1 from the patent in Slide 11, the

4   first instruction is store to the memory location that's

5   identified by R1.  The difficulty here is that until the

6   program executes, we don't know what the value is in R1.

7   And because we doesn't know what the value is in R1, we

8   don't know what the memory location is where we're going

9   to store this piece of data.

10       And then if we go down to the next instruction,

11  it's going to load from the memory location that's

12  identified by R2.  We have the same problem.  If we

13  don't know what the value is in R2, we don't know where

14  we're going to load the data from.  So this creates an

15  ambiguous dependency, because if R1 and R2 have the same

16  value, then the load and stores are going to operate on

17  the same memory location and then there's a dependency.

18  But if R1 and R2 have different values, there's no

19  dependency between these instructions because the store

20  is going to store at one place and the load is going to

21  read the data from some other place.  So until we get to

22  a point where we know what R1 and R2 are, there's an

23  ambiguous dependency.  We don't know whether the two

24  instructions are dependent on each other.  And so what

25  we'll see as we go on, we're going to assume that they

1   might have the same value and so we're going to act

2   according to that.  And in particular, the difficulty

3   here is that we have a choice when we have these

4   ambiguous dependencies.  We get to Slide 12.

5       If we execute the load out of order, that is we

6   speculate in the terms of the patent, then the program

7   will execute more quickly because we get to do the load

8   in parallel with other instructions.  But if it turns

9   out the load was dependent on an earlier store and that

10  store hasn't yet stored its value to the memory

11  location, then we're going to have an error from

12  executing it out of order.  And if that happens, we'll

13  have to reexecute the load instruction and that's

14  inefficient.

15      So the other option instead of speculating is that

16  we could play it safe and we can just execute all the

17  instructions in order.  Then we don't get any of the

18  problems of misspeculation and wasting or having to

19  reexecute instructions but at the same time we lose all

20  the efficiencies of doing it out of order and letting

21  the instructions execute at the same time.  So we're

22  trying to decide when should we go out of order, risk

23  making a mistake, because that costs us something, or

24  execute in order but then we risk slowing down the whole

25  process.

1    And so the last part of this that comes in is that

2    because there's the possibility that despite all our

3    efforts there will be a misspeculation, that is a load

4    will execute out of order but will turn out to have made

5    a mistake, it'll turn out that it was dependent on

6    earlier instruction, we have an extra step that we go

7    through.  So once we determine that there's a

8    misspeculation, that is we find out that this occurred,

9    there was an earlier store -- let me try to restate

10   that.  Once we've determined whether there's a

11   misspeculation, we then know what we can do.  If it

12   turns out there was no misspeculation, so we proceed

13   along and it turns out everything was fine, then we

14   finish up the instruction and we can move the data,

15   since it's a load instruction, into the appropriate

16   register.  If there was a misspeculation, even though

17   we've executed the load, since we haven't totally

18   completed everything, we can do what the patent calls

19   squash the instruction, which really just means we

20   disregard it, and then we're going to have to reexecute

21   it once it's okay to execute it.  So we've got this last

22   check so that in case something goes wrong, we don't

23   create an error that we can't recover from.

24       So I want to move into the patent now and just

25   really fast, just to give a little bit of perspective,

1   as Professor Dally said, a lot of aspects of this

2   existed before the patent.  So out-of-order execution --

3   and this is all -- the patent readily acknowledges this.

4   Before the patent out-of-order execution existed, this

5   idea that you might take the load before the store.  The

6   idea of speculation existed.  This idea that you might

7   execute when you're not really sure whether there's a

8   problem; in fact speculation with load and store

9   instructions existed.  And then the other thing that is

10  talked about in the patent which also existed was

11  predicting whether you should speculate.  All of that

12  existed.

13      So with that in mind, and that's all talked about

14  in the patent, what then is the focus of the '752

15  patent?  And if we look at the background of the patent,

16  the background explains tracking all of the possible

17  data dependencies, in the words of the patent, can

18  easily become overwhelming.  The program has lots of

19  load instructions and lots of store instructions, so

20  tracking all the combinations of loads and stores can be

21  a very overwhelming task.

22      So the first paragraph of the summary, which is

23  what we have up on Slide 17, explains how the inventors

24  concluded that misspeculations tend to result from just

25  a few load/store pairs.  The summary explains that if a

1  load/store pair causes a misspeculation one time, it's

2  highly likely the pair will cause further

3  misspeculations.

4      So I'm just going to jump ahead a little bit.  I

5  think Professor Dally covered a lot of the parts of the

6  apparatus, but just generally when processing

7  instructions, just to keep in mind there are three

8  things that the different processing units shown in

9  Figure 1 do:  They do computations, they store data to

10  memory, and they load data from the memory into a

11  register.  And a load may be delayed, so it may not be

12  executed out of order because there's a prediction that

13  there's a high likelihood of a misspeculation.  We're

14  taking an educated guess that there's going to be a

15  problem, and if we think that's going to happen, we're

16  going to delay the execution of the load until we think

17  the problem has gone away.

18      And we may squash load instructions if it turns out

19  that we speculated, but that was a mistake.  It was done

20  out of order, so it was the speculation, and it was done

21  erroneously.  It turned out that the load was dependent

22  on the store.  If that happened, then we're going to

23  need to reexecute it because there's a mistake here.

24      So the patent has this data speculation circuit, as

25  Professor Dally indicated, and that's what detects

1   misspeculations.  And just to try to keep moving along

2   here a little bit, let me just move on to Slide 27.  The

3   other part that's going to be important is the predictor

4   circuit.  In the patent, the predictor circuit provides

5   a dynamic indication, to use the words of the patent, of

6   whether data speculation should occur.  This prediction

7   process that it's going through is going to change over

8   time.  And it's going to use this prediction, Slide 28,

9   to determine whether to delay a load instruction or let

10  it continue to go.

11      So to explain how the parts of the patent work

12  together, I think it helps to start with Figure 2 of the

13  patent.  We've looked at that before, and jumping ahead

14  to Slide 32, just to follow through one example of what

15  happens according to the patent.  So we have on the

16  right side of Figure 2, it shows the sequence of

17  instructions that are going to happen.  There's a load,

18  a multiply, a store, then we repeat that again.  So if

19  we just walk through that real quickly, and starting

20  with Slide 32, the first thing that we're going to do in

21  this sequence is we're going to load from one location

22  in memory using instruction 8.  And you'll see it says

23  load A(1).  So that's indicating it's going to load from

24  memory location 1 for purposes of this example.

25      We then multiply what we just loaded from address 1

1    by 19, that's that second instruction 9, and then we get

2    to the second highlighted one which is when we are going

3    to store the results of that multiplication and we're

4    going to store it in address, it says A(2).  So think of

5    that as the next location in memory where we're going to

6    store the results.

7          And then we're going to get along, if we follow

8    down to the next instruction of interest to us where

9    we're doing the second iteration through the second set

10   of instructions and we're going to do a load, but this

11   load we see is from A(2).  So that's the same place

12   where we just stored it before, and we see in the patent

13   it's got this arrow at 36, and just to highlight the

14   fact that the store and the load are from the same

15   location.

16         So if in any iteration of this process the load

17   that's going to load to A(2) executes before the

18   previous store, the one right there, I'm not too good

19   with these arrows, so if the reddish store has not

20   executed when we execute the load, there's going to be

21   an error.  So one of the things the patent is trying to

22   do is to prevent these sorts of errors from occurring.

23         So one question may be why is it that the load may

24   execute before the store?  And we don't really know

25   whether that's going to happen.  The load and the store,

1  if we go back to Figure 1, there are these different

2  processing units, and different instructions get

3  executed by the different processing units so that they

4  can execute in parallel.  But depending on -- so it

5  could be that the load and the store get allocated to

6  different processing units as we go through the

7  sequence.  Well, even though the load comes later, if

8  the processing unit that's handling the load is able to

9  get through its instructions more quickly, then we could

10 end up processing the load before the store.  And what

11 makes this particularly tricky is that it could be that

12 the load gets executed first, but it could be that the

13 store gets executed first, and in fact, if we do this

14 several times, we may not always get the same sequence,

15 because depending on what else is happening in the

16 computer and how long some of the instructions take, it

17 could be one time the load comes first and that's a

18 problem, and the next time the store comes first and

19 that's okay.  So we're trying to deal with these

20 possibilities.

21      So moving on to Slide 38, as we get into the heart

22 of the patent, it's broken down, if we follow the

23 figures into three groups of figures.  Some of them deal

24 with the data speculation circuit or the predictor

25 circuit, and those are particularly relevant for our

1    purposes.  And then there's some other figures which

2    detail these prediction and synchronization tables, and

3    I'll touch on those.  But those details probably are not

4    really that important.  So that's just going to be a

5    little bit of color to it.

6        So while mostly I want to talk about the detailed

7    description, the summary provides I think a nice

8    overview of Figure 4 of the patent, and since that's

9    closely related to the invention, I want to start with

10   that.  Professor Dally talked about some of this a

11   little bit earlier.  You recall we talked about the

12   first paragraph of the summary five minutes ago or

13   something when I was talking about the inventors

14   discovered that most misspeculations occur as a result

15   of particular load/store pairs.  So then after that we

16   get to the second paragraph of the summary where they

17   explain their approach.  When you get to a speculative

18   load, that is when there's a load and there's a prior

19   store that hasn't executed yet, then their approach

20   involves three questions.  First, if there's no history

21   of data misspeculation with that load that you're about

22   to execute, then we're not going to delay it because

23   that looks like a situation where this load, for

24   whatever reason, is not going to create the problem.  So

25   let's just let it execute.  We always have a backup.  If

1  there is a problem, we can always squash it later, but

2  for now let's just let it go.  And that corresponds to

3  Block 102 in Figure 4.  Is the load in the prediction

4  table.

5      Moving on to Slide 40, the second question is if

6  there has been a misspeculation with a load, then the

7  system looks at the history of misspeculations that

8  corresponds to the prediction to determine whether the

9  instruction should proceed to be executed or it might

10 need to be delayed.  This corresponds to Block 104, is

11 synchronization required.

12     Now recall from the first paragraph of the summary

13 the patent describes a prediction that's based on a load

14 and a paired store with which there's been a history of

15 misspeculation.  I'll get into that a little bit more in

16 just a minute.

17     So the third question, going on to 41, is if the

18 answer to question two was that the instructions should

19 be delayed because of a history of misspeculations, we

20 get to this third question which is when should the load

21 instruction be executed.  And the next group of blocks

22 in Figure 4 uses the synchronization table.  We're not

23 going to worry about the details of it, but that's what

24 the summary states, to look at whether we've already

25 encountered the paired store.  And if we already

1   encountered the paired store, that is the one that we

2   think is likely to cause the problems, we go down the

3   left-hand branch of Figure 4 and in Blocks 120 and 122

4   we can execute the load now, and I'll get into those

5   details in a little bit.  But if we have not yet seen

6   the paired store, that is the one that tends to cause

7   the problems, we go down the right-hand branch and then

8   we need to wait before executing the load.

9        So let me go through the structure of the

10  disclosure in a little bit more detail.  Jumping back to

11  Figure 3 in Slide 42, the structure of the patent really

12  centers on the data speculation circuit.  And that's

13  described in Figure 3.  I'm not going to talk about all

14  the steps, just try to focus on the ones that seem most

15  relevant to understanding the patent.  Professor Dally

16  talked about a little bit of this, so I'm going to try

17  to do this fairly quickly.  But at Block 48, the circuit

18  is going to determine whether it's a load instruction or

19  a store instruction and take different paths, depending

20  on what it finds.

21       In 43, we find that if it was a load instruction,

22  then we look at whether it's data speculative.  Now it's

23  data speculative if there are prior store instructions

24  on which the load may depend on its data.  We don't yet

25  know whether it's going to be -- whether they're going

1   to depend on it, so it might need to load data from a

2   location to which a prior store will but has not yet

3   placed data, and that creates the dilemma we were

4   talking about before.

5        If it is data speculative, moving on to Slide 44,

6   we move to the ready to load block, as shown in Block

7   70.  That was what I was talking about just a moment ago

8   that's referred to in the summary of the invention.  So

9   getting into the ready to load in a little bit more

10  detail, Slide 45, the patent explains that the predictor

11  circuit carries out this ready to load function when we

12  need to determine whether speculative load should be --

13  should wait or it should be allowed to speculate.

14       So moving on to 46, what is it we do then?  And

15  we're focusing on Figure 4, and I've got Figure 5 as

16  well.  First, according to the patent, we determine

17  whether the load is in a predictor table, and the

18  predictor table we see in Figure 5 on the left and we've

19  got that highlighted.  It is described in the patent the

20  load will appear once and only once in the predictor

21  table.

22       Now in the example in the patent, moving on to 47,

23  the load at instruction number 8 -- so we have load 8 is

24  how they do that in shorthand -- is in the prediction

25  table and it's paired with store and instruction 10.

1   What that pairing means is that there has been a prior

2   misspeculation involving the loaded 8 and the store at

3   10.

4        So we know there's been, moving on to 48, we know

5   there's been a past misspeculation involving the load in

6   column 8 -- I'm sorry, the load in column 8 and the load

7   in 10 in the second column, and then the third column of

8   the prediction table is a value 1 in the patent.  So the

9   third column, that value 1 is a value that reflects the

10  extent of prior misspeculations.  That's the prediction

11  value.  So that's saying with loading and store 10, we

12  have a prediction value of 1.

13       So moving on to Slide 50, the question we have to

14  now determine is whether to allow this load instruction

15  to execute speculatively.  And we do that by looking at

16  the prediction value and seeing how high is that number;

17  in other words, is it sufficiently high that we think

18  it's likely that there will be a misspeculation between

19  this load and the paired store?  Because if it's likely

20  that there's going to be a misspeculation, let's not do

21  it.  But if it's not very likely, then the overall

22  efficiencies of the system say we should just let it

23  rest.

24       As the patent explains, the higher the prediction

25  value, the higher the likelihood of a misspeculation if

1 the load in the first column of the prediction table is

2 executed before the store in the second column.

3      So moving along in Figure 4 in Slide 51, if

4 synchronization is required, that is we don't speculate,

5 then we determine if the load arrived before its paired

6 store; that is, the paired store is the one that made us

7 conclude that we should do this synchronization, that is

8 we should wait.

9      Slide 52.  So if the load arrived first, we better

10 wait, because if the load arrived first, that means we

11 haven't yet executed the store.  But if we do the load

12 before the store and they've had a history of

13 misspeculation, then that's likely to cause a

14 misspeculation again.

15      On the other hand, 53, if the store already

16 executed, that is the store arrived first, what we're

17 going to do is we're going to set this wait flag equal

18 to zero, and what that's going to do is it's going to

19 allow the rest of the circuits to determine that we

20 don't have to make the load wait because probably we

21 won't have a problem.  Remember this is really just a

22 prediction because in the patent we're focused on this

23 particular pair, the load 8 and the store at 10.  So we

24 won't wait in this case because even though the store

25 has already occurred, there still might be a

1  misspeculation because of some other store.  But we're

2  focused on the load 8 and the store 10, and so if those

3  two indicate there's no problem, we're going to let it

4  speculate.

5      So because the store executed first, we're also

6  going to conclude, and we see this reflected in Block

7  120, that the next time we see this load, since this

8  time it worked out fine, we're going to say well, going

9  forward, it's probably a little bit more likely it's

10  going to be fine in the future.  So we update the

11  prediction, we make it a lower value because now we're a

12  little bit more comfortable that we can speculate.

13  Because we speculated okay this time, we decide it's a

14  little bit safer to do that the next time.

15      So now we're back to Figure 3.  We've covered

16  Figure 4, the handle ready to load in Figure 4, and now

17  we're going to use the results of the ready to load to

18  determine whether we have to wait.  We're now at Block

19  72.  Basically the way this works is we're going to

20  wait.  We're not going to speculate if there's a high

21  prediction value for this load and its paired store and

22  we haven't yet executed the paired store in this

23  iteration.  So if there's a high prediction value, which

24  means a misspeculation is likely with this particular

25  pair, and we haven't seen the paired store yet, that

1  seems like a good situation to expect there's going to
2  be a problem again.  But if that's not the case, then
3  we're not going to make it wait.  If we decide not to
4  wait, moving on to 55, we just issue the load request.
5  That's the fairly simple situation.  On the other hand,
6  in 56 or Slide 56, if we need to wait, we're going to
7  wait for one of three events before we can do more with
8  the load operations.
9      Now we're in this wait state.  The first one is
10  that if later the paired store executes, since that
11  store was what was the most likely to cause a
12  misspeculation, we wake up the load and we let it
13  proceed.  That's the first one where it says wakeup.
14      The second possibility is that if the prior store
15  instructions, if we find out enough about the prior
16  store instructions to know that they're not addressed to
17  the same memory location as the load, then it's safe to
18  execute because now there can't be a misspeculation
19  because they're not covering the same memory location.
20  That's the second one, consumer no longer data
21  speculative.
22      And the third one, the third possibility that gets
23  us past this wait state is that the load might be
24  squashed for various reasons.  So I want to talk about
25  the first two of these in a little bit more detail.

1       The first event is that the paired store executes,

2   and in Figure 3, this means we go back through it

3   another time.  We have a store instruction as determined

4   in Block 48, and so we proceed down through a couple

5   more steps to the handle store at Block 64 and the

6   handle store steps are going to let us get past the wait

7   state and they're also what get used back up in handle

8   ready to load in order to let us know that we've already

9   seen the paired store.  So unfortunately this patent is

10  one where you need to see everything because they all

11  sort of relate to each other.

12      So I want to talk a little bit about the handle

13  store and this somewhat parallels what we saw in Figure

14  4 with the handle ready to load.  At Block 201, if this

15  stores in the prediction table and it has a history of

16  misspeculation with this particular load, and if at

17  Block 202 the prediction value is high, so we shouldn't

18  let the paired load speculate because this load/store

19  pair has a bad history of misspeculating, then what we

20  want to determine is if we duck to the store before it's

21  paired load.  Because if we get to the store first, then

22  everything is fine.

23      So at Slide 58, if the store arrived first, we set

24  a value so that when we get to a load and it turns out

25  we have now encountered the paired load, we will know we

1   already executed the store and we won't need to wait

2   because we've executed them in the correct order in this

3   case.  So even though the prediction is high, because

4   the store arrived first, it turns out our prediction was

5   wrong in that case.  We thought there was a high

6   likelihood of a misspeculation, but the store arrived

7   first, so we're going to let it -- we're going to let

8   the load execute right away.

9        On the other hand, moving on to 59, if the load

10  arrived first while we're in this handle store routine,

11  that is the load arrived before the store, we're now in

12  the middle of processing.  That tells us we were correct

13  to make it wait because the load arrived and then the

14  store.  That's the wrong order.  That's what causes a

15  misspeculation.

16       So if that happens, down in Box 214 we can update

17  the prediction and say ah-ha, we were right.  It

18  reenforces that conclusion.  And so we raise the

19  prediction value saying it's more likely this trend is

20  going to continue, but now since we've seen this store

21  operation, which is the thing that causes the problems,

22  since we've now seen it since we're handling that store

23  now, we can now wake up the load and let it proceed.

24  It's now probably safe for it to go.  So that's this

25  wakeup load and that corresponds to what we saw in

1    Figure 3, the first option when it was waiting to wake

2    up the load.

3        So back to Figure 3 for a second, we've been

4    covering how we get to the wakeup in Block 80.  So

5    briefly going through the second possibility, the second

6    event that allows us to continue with the load, that

7    could mean that the load is no longer speculative.  This

8    occurs when we've determined that the prior store

9    instructions are for different memory locations than the

10   load.  So once we determine they're for different memory

11   locations, it's not really speculative anymore because

12   we know there won't be an intersection.  It's not

13   speculative, so we can now proceed to the handle load

14   steps in Block 68, lower down in Figure 3, and those are

15   described in Figure 10 of the patent and will actually

16   issue the load request.

17       So I want to talk real quickly about the handle

18   load steps and then there will just be one more figure

19   to cover.  We get to these steps, if the load waited,

20   and now we've determined that there aren't any prior

21   stores that may conflict with the load, that tells us it

22   was a false alarm.  We didn't really need to wait.

23   Because we didn't really need to wait, we conclude that

24   this particular load/store pair isn't quite as likely to

25   cause a misspeculation and so we're going to update the

1    prediction to reflect that.

2         So lastly, we get to Figure 9, which looks a little

3    ugly I think, but I'm only going to cover a few of the

4    blocks in Figure 9.  Figure 9 is the handle

5    misspeculation, and this is what we do when there's

6    actually been a misspeculation.  So we speculate with a

7    load, we had it execute, and then it turns out that some

8    store that proceeded it was to the same memory address,

9    and it may be the load/store pair that we're focused on,

10   but it may be a different load/store pair that caused

11   that to happen.

12        So in block or Slide 63 rather, if the

13   misspeculation involved the load/store pair we've been

14   following, that reenforces our belief that we shouldn't

15   speculate.  Because we speculated, we were in error, but

16   this is the one that we think causes problems, we

17   weren't really sure yet, so we're going to raise the

18   prediction value so maybe we won't misspeculate the next

19   time.

20        Slide 64.  But what if the misspeculation was

21   caused by a different load and store combination than

22   the one we were following?  Because that can happen,

23   too.  So if there's a pair that's in the prediction

24   table, remember that there's only -- every load only

25   appears once in the prediction table and the store only

1  appears once in the prediction table.  So if there's a
2  pair in the table that matches just the load, we're
3  going to update the prediction to indicate that it's
4  safer for that pair to speculate because it's a
5  different load/store pair that caused the
6  misspeculation.
7       So just to try to restate that a little bit, if the
8  prediction value -- well, let me just finish up first.
9  The same thing happens with a store.  If the store is in
10 the prediction table but not the load that caused this
11 misspeculation, because misspeculation is always a load
12 and a store in order to get a misspeculation, if the
13 store is in the table, but not the load, we're going to
14 decrease the prediction value for that, for the
15 load/store that are actually in the table because a
16 different load/store pair caused the misspeculation and
17 the patent focuses on the one load/store pair that it
18 thinks is most likely to cause a misspeculation.  They
19 say in the background it's not tracking all the
20 load/store combinations.
21      So when we get a misspeculation, the prediction
22 value might go up or it might go down, which at least to
23 me seems somewhat counterintuitive.  It goes up if the
24 misspeculation was caused by the load/store pair that
25 we've been tracking in the prediction table.  It goes

1   down if it was caused by a different load/store pair

2   than what we're tracking in the prediction table.

3   You're looking at me as maybe that wasn't clear.

4           THE COURT:  No, that's fine.

5           MR. STEINBERG:  That's everything I wanted to

6   cover.  This last slide is really just here as a

7   reference.  I'm not going to try to cover it.  It kind

8   of summarizes at least in my mind what we've been

9   talking about.  It's sort of an annotated version of

10  Figure 3, but I think we can continue on with the

11  hearing.  Thank you.

12          THE COURT:  Thank you.  Mr. Haslam.

13          MR. HASLAM:  I have a set of slides.  I doubt

14  I'm going to use them all, but I will probably refer to

15  some of them, so I've got a set.  I'm also going to hand

16  up, we didn't do it earlier, the tutorial slides that

17  Professor Dally used.

18          THE COURT:  Good.

19          MR. HASLAM:  As is frequently the case, we

20  agree on about 80 to 90% of the description of the

21  patent and how it operates, but there are some

22  fundamental differences and I think the fundamental

23  difference laid out in the briefs is Intel's position

24  that the most important load/store pairs in the claim

25  will result in erroneous instructions being performed.

1  Our interpretation does not do that.

2       If I step back to the point of view that the Court

3  asked earlier, which is let's look at this from the

4  point of view of you at the keyboard, at least

5  proverbially, when somebody writes a program for example

6  to update account balances in a checking account, let's

7  say the simple program is you take the existing account

8  balance and add any deposits to it so it's going to be a

9  load instruction and some add instructions, you care

10 that it is always right.  You don't care that it is

11 sometimes right and sometimes wrong.  And therefore what

12 that says for this invention and the import of my

13 argument is, contrary to what Intel argues in its brief,

14 and I'm going to show you some of those sections in a

15 moment, you must detect data dependence between a load

16 and any store where they are executed out of program

17 order because any store, as the patent says, could cause

18 problems with that load.

19      Now the specification does talk about load/store

20 pairs and the fact that load/store pairs do permit you,

21 if you keep track of them, to determine which

22 combinations are highly likely to cause misspeculations.

23 But going back to the real world, you care not only

24 about whether highly likely misspeculations occur, you

25 care about whether any misspeculations occur, and the

1   patent Claim 1 is directed to that aspect of the

2   invention.

3        Now I want to review just briefly some of the

4   points that Professor Dally made because I think it's

5   instructive to go back to that and then look at the

6   arguments that the respective parties are making.  One

7   of the first points that Professor Dally made was that a

8   load is determined, whether it's speculative or not,

9   based on the presence of any stores in the instruction

10  window, not just the paired store, but any instruction.

11  And that we see, if we look at Figure 3, Box 66, will

12  this be a data speculative load.  That is the point in

13  the flowchart where we have a load instruction which has

14  come in, we get over to Box 66 and we want to say is

15  this a data speculative load.  Is this a load that may

16  depend on other instructions, stored instructions in the

17  instruction window.  And if it is, we're going to do

18  certain things with it, and if it is not, we're going to

19  do other things.  And the no box means if it's not

20  potentially data dependent, we're going to go ahead and

21  execute the load, go down to no, back to Box 68.

22       But let's look at column 10, line ten, and see what

23  the patent says the decision at Box 66 is made on.  The

24  paragraph actually begins at line eight.  If at decision

25  Block 48 the instruction received by the data

1  speculation circuit 30 is a load instruction, then at

2  decision Block 66 it is determined whether this is a

3  data speculative load; that is, whether there are prior

4  store instructions on which it might depend.  Prior

5  store instructions, any store instructions, not just the

6  one that may be highly likely to cause the problem.

7      Then we see in the flowchart, since we're on column

8  ten, I'll stay in the specification, what happens in Box

9  66 after you've determined that it's going to be data

10 speculative?  What do you do with it?  You're going to

11 make -- you're going to look at what the prediction for

12 that particular load instruction is because it is the

13 prediction associated with the load which then

14 determines what you're going to do with the load.  Are

15 you going to delay it or are you going to let it go

16 ahead and execute speculatively?

17     And if we look at column ten, line 19, it says "the

18 predictor circuit will address the ready to load request

19 from the data speculation circuit by making a prediction

20 as to whether the load should take place through the use

21 of a wait flag."

22     So what it's doing is, as it says there, it is

23 looking only to see what the prediction with respect to

24 the load is to make the decision as to whether it's data

25 speculative.  It does not make the decision as to

1  whether it's going to treat it as a data speculative

2  load based on anything to do with the store that may or

3  may not be present which may or may not be the one that

4  is highly likely to cause the problem.

5      And as I will get to touch on later, but as Intel's

6  counsel said during their tutorial, they noted that the

7  prediction is updated regardless of which store caused

8  the problem.  In his point he mentioned he thought it

9  was somewhat counterintuitive, but the important thing

10  is that the prediction is modified, not just if the

11  paired store happens or not.  But if there is or is not

12  a misspeculation based on any other store, the

13  prediction may be modified, which again emphasizes, goes

14  back to the point of view from the real world

15  perspective here, this invention wants to make sure that

16  it prevents any misspeculations.

17      If we were to walk through the rest of Figure 3, if

18  we looked at Box 80, which is the box that indicates

19  what happens if you're going to wait or delay the load

20  or if you go out to the other side, the no side whether

21  you're going to speculatively execute it and go down to

22  Box 76, as everyone agrees, both of those boxes, 80 and

23  76, will not commit the load until it is checked to make

24  sure that all the stores in the instruction window have

25  not conflicted.  Again, not just whether the paired

1  store has happened, but whether any stores have

2  happened.

3      Now I'm going to come back to it because there is

4  no doubt that the specification does talk about in many

5  places load/store pairs and load/store pairs are

6  important to an aspect of the invention.  It's the

7  import of our argument.  I think the claim language and

8  the burden of our argument supports it is that Claim 1

9  does not need nor talk about nor depend on the

10 load/store pair.  That is really about the third tier

11 which is the synchronization, and I'm going to come back

12 to that, but I don't want the Court to think that I

13 don't recognize that the patent does talk about

14 load/store pairs a lot because to get the maximum amount

15 of this invention, you may want to use the

16 synchronization circuit, which does depend on whether or

17 not the load that's highly likely to have caused the

18 problem has occurred.  But that is not a part of Claim

19 1.

20     Now what is, in my view, the importance of the fact

21 that loads are speculated on based solely on the

22 prediction associated with the load, and the fact that

23 you do not commit or retire a load until you have made

24 sure that every store that could potentially conflict

25 with it, not just the paired one, is executed?  Can we

1  go to Slide 1?

2       What I've put up on the slide are some of the

3  statements out of Intel's brief on which it bases its

4  argument that the Court should import the limitation of

5  load/store pairs into Claim 1.  And it is the burden of

6  Intel's argument that the '752, the purpose is to detect

7  data dependence between a particular load and a

8  particular store.  And it says that time and time and

9  time again, that that is the purpose of the invention.

10  And it is not the purpose of the invention.  The purpose

11  of the invention is to make sure you detect any data

12  dependence.  Go to Slide 2.

13       THE COURT:  If I understand what Intel's

14  argument is, perhaps I think they're arguing that the

15  only kind of misspeculation is that between a load and a

16  store.  So you could read that as you're looking for

17  this particular store that's coming up and/or load

18  that's coming up and checking whether there is a

19  particular load somewhere -- I'm getting them mixed up.

20  You've got the store, you're looking for a particular

21  load, you've got a particular store.  You've always got

22  one of each thing that you're looking to see whether

23  they will misspeculate or not, whether they will -- one

24  will not allow the other one to come in.

25       MR. HASLAM:  That is their argument, and if we

1    can go to Slide 2, this is out of page 35 in their

2    opening brief, but if we go to the next slide, here is

3    the argument and the example that Intel puts in its

4    brief that states how they believe the invention

5    operates and why they believe that you're only looking

6    for the particular store and the particular load.  And

7    this is the example they have given.  But I think the

8    important point is the portion of brief that we've

9    highlighted here.  "The whole purpose of the invention

10    is to disable speculative execution of the pair A-X, not

11    A or X individually."  And A in this case is the load, X

12    is the store.  What we've seen, and both parties agree,

13    in their tutorial demonstrations, is that in fact you do

14    care about load A individually.  As we saw, the patent

15    looks only at the prediction associated with the load

16    when it makes a determination as to whether or not it

17    speculatively executes the load.  It doesn't look at the

18    store to see whether the store was there, as we saw with

19    respect to Box 66.  In order to make the determination

20    as to whether to speculatively execute the load, it

21    doesn't just look for the paired store, it looks at all

22    stores.  And it has to do that because if it only looked

23    for store X, which is the one that's highly likely to

24    cause a problem, if that's all it looks for like Intel

25    says and like Intel wants to put in the claim, what

1    happens, we all admit it can happen, Mr. Steinberg

2    walked through and showed what happens if it's a

3    different store that causes the problem, you'll miss

4    that.  If Intel is right, you will miss the fact that

5    load A in this example conflicts not with X, but

6    conflicts with Y.  And that was the burden in part of

7    the example that Professor Dally went through.

8         And here on this, on Slide 4 that we have up now,

9    we've got the store Y, store X, load A, load B, and

10   Intel says we are only concerned with looking for

11   misspeculations between A and X.  If we go to the next

12   slide, here are the two scenarios that -- Slide 5 --

13   these are the two scenarios that Professor Dally went

14   through.  Scenario one, you have load A, but in the

15   instruction window store X does not appear but there is

16   a store Q.  And store Q, if at the time you're deciding

17   whether to speculate on load A, what -- both parties

18   agree, what does the patent say it does?  It looks only

19   at the prediction associated with load A.  Does this

20   prediction indicate that this load is okay to go ahead

21   and execute speculatively?  Or does this behave

22   sufficiently badly in the past that you're not going to

23   let it speculatively execute, and that's associated with

24   the load, and as Professor Dally indicated and as the

25   patent says, you make that decision based solely on the

1   prediction associated with the load.  And once you've

2   made that decision whether you're going to speculate or

3   not speculate, in both cases, whether you're going down

4   Box 80, which is where we're going to wait and delay it,

5   or whether you go down the other side to Box 76 where

6   you're going to speculatively execute it, you're going

7   to then not commit that until you've waited to see if

8   all of the stores have executed or whether you've gotten

9   to the point where you can determine that none of the

10  stores are going to conflict with that load.  Even if,

11  as in scenario one here, store X, which is the one which

12  was highly likely, which is the one they say you only

13  care about, occurs or doesn't occur and that's the

14  burden of scenario one and scenario two, in both of

15  those cases where store X, the highly likely one is in

16  the instruction window or whether it's not, you're going

17  to look at the load, you're going to see whether or not

18  the prediction for this load is its okay to go ahead and

19  execute it or not based solely on the prediction for the

20  load, and then you're going to wait and see if any of

21  the stores, whether it's a highly likely one or not,

22  cause a problem.

23         THE COURT:  I wanted to ask you why in your

24  proposed construction you have this tracks execution of

25  such instructions?  And I understand what you're talking

1    about, but I just wondered whether that was a limitation

2    you're adding to the proposed instruction.

3         MR. HASLAM:   It is -- I don't believe it's

4    adding a limitation.   What it is explaining is something

5    that the specification indicates the data speculation

6    circuit does to accomplish its objective which is it

7    tracks the operations.

8         THE COURT:   Is there any other way to do that,

9    to track the miscalculations?

10        MR. HASLAM:   In the generic sense of what

11   tracking execution is, the answer is no.   It has to

12   somehow keep track of what's going on so at some point

13   in time it can determine whether there's data

14   dependence.   In a sense, Your Honor, because load/store

15   pairs is a significant argument, and that's what we're

16   having here, if the Court agrees with WARF that

17   load/store pairs is not something that the Court should

18   import into the claim language, then one can argue that

19   you don't need to construe data speculation circuit at

20   all because the claim pretty clearly lays out what it

21   is.   It's a data speculation circuit.   It receives

22   misspeculations, and the claim goes on to say what is a

23   misspeculation.   It's basically when a load executes

24   before a store erroneously or causes a problem.   But it

25   tracks the instructions so that it can determine whether

1 or not there's a data misspeculation or not.

2          THE COURT:  All right.

3          MR. HASLAM:  Now if we -- so I think as we've

4 gone through the specification, I think the

5 specification in the examples of both parties indicated,

6 show that Claim 1 doesn't depend and that the patent

7 itself has examples where you speculate or not on a load

8 based solely on the prediction for the load and that you

9 then wait to make sure that a store does not conflict

10 with that load, any store.  So I don't think you can

11 necessarily come to the inescapable conclusion that

12 load/store pairs has to be in Claim 1, and if we just

13 look at the claim language of Claim 1, there is nothing

14 in the claim language that mandates or requires, based

15 on the language alone, which of course is the starting

16 point and ultimately the ending point of any claim

17 construction is construing the claim language, obviously

18 in light of the specification, there is nothing in Claim

19 1 which indicates that the load/store pairs has to be in

20 or is included within the claim language.

21     Claim 1 is a processor that has a data speculation

22 circuit which the text data dependence between load

23 instructions and store instructions that are in fact

24 executed, we'll get to that, before the data producing

25 instruction.  So there all that says is it's a circuit

1  that's going to detect the data dependence between loads

2  and stores.  It doesn't say between a particular load

3  and a particular store.  It doesn't say the store and

4  the load.  It says a data consuming instruction, which

5  is a load, and a data consuming instruction, which is

6  consistent with what both parties showed you which is

7  ultimately before it commits the load, it makes sure

8  that not only does the highly likely one not cause the

9  problem, but any other one doesn't cause the problem.

10     And then if you go down to the predictor which

11  receives a misspeculation indication to produce a

12  prediction, what does the claim itself say the

13  prediction is associated with?  It says it is associated

14  with the particular data consuming instruction, which is

15  the load instruction.  And the prediction threshold

16  detector just says you're going to make some

17  determination based on a threshold, comparing it to the

18  predictor, the prediction as to whether or not you're

19  going to execute the load data speculatively.

20     So the claim language doesn't support Intel's

21  argument.  And there's a claim differentiation argument.

22  I know the claim differentiation is not the be all and

23  end all, it is a tool the Court can use and sometimes it

24  applies and times it doesn't.  But if we look at Claim

25  3, this is dependent on Claim 2.  But Claim 3 says

1    "wherein the instruction synchronization circuit

2    includes a prediction table listing certain data

3    consuming instructions, loads, and certain data

4    producing instructions, stores, each associated with a

5    prediction."  There in plain terms is the provision for

6    load/store pairs which Intel wants you to insert in

7    Claim 1 and we believe at least this is a case where

8    claim differentiation is instructive and you should not

9    therefore import from the dependent claim into the

10   independent claim where the language doesn't require it

11   and the operation of the circuit as described in the

12   patent doesn't require it.

13           THE COURT:  Was it your intent to talk about

14   anything other than the speculation circuit?

15           MR. HASLAM:  I will talk about in fact

16   executed.  I can do that or if you'd like to go

17   point/counterpoint, Mr. Lee can get up and address the

18   load/store pair issue and I can get up and address

19   the --

20           THE COURT:  Okay, we'll take ten minutes at

21   this time, and then we'll return.  Mr. Steinberg, will

22   you be taking the lead?

23           MR. LEE:  Your Honor, I'm going to do it.

24           THE COURT:  Okay.

25           (Recess        10:31-10:45 a.m.)

1        THE CLERK:  This Court is again in session.

2   Please be seated and come to order.

3        THE COURT:  Mr. Haslam, were you finished?

4        MR. HASLAM:  I just have two more points and

5   then I'm done.

6        THE COURT:  Okay.

7        MR. HASLAM:  If we -- I just want to look for a

8   moment back at Figure 3.  We've talked a lot about,

9   going down the right-hand side, which is what do we do

10  with load instructions when they come along.  I also

11  think it's instructive on this point of whether or not,

12  the significance of load/store pairs, and whether that's

13  all we care about or not.  If we look at the left-hand

14  side, what happens when a store request does come along.

15  So that after Box 48 where we ask is this a load or a

16  store, let's look at what happens when the store comes

17  along, any given store.

18      You issue a store request, and then at Box 52 you

19  detect a misspeculation.  It's the burden of Intel's

20  argument that the only misspeculation you're checking

21  for is to see if the pair store happened with respect to

22  a given load.  But if we look at the specification,

23  column nine, and I've got a slide on this, Slide 6, if

24  we come down the left side of Figure 3 and we get to the

25  misspeculation Box 52, the specification says "at

decision Block 52, the data speculation circuit 30
checks other concurrent load instructions."  So any load
instructions which are sitting there in the instruction
window, it checks.  The store checks other concurrent
load instructions to see if they have been prematurely
executed and thus whether there has been a
misspeculation.

So this sort of approaches it from the other side.
We saw that the load has to wait -- that we've made the
prediction and decided whether or not to delay or
speculatively execute has to wait for all the stores,
and we also see that the store gets checked against all
the other loads to see whether there's a misspeculation.
And that store can be any store.  It's not just the
store that's paired or that Intel says would be paired
with a particular.

One final point I'd like to make goes to there was
a lot of discussion -- some discussion by Professor
Dally and a lot of discussion by Mr. Steinberg on the
synchronization circuit.  And if we can go to Slide 11
for a moment, I've put up here the three tiers that are
referred to in the specification at column three,
beginning at line 63, and I don't think there's any
dispute on this, the first tier, there's no dispute of
speculation.  Go ahead and issue the load.  If it's been

1   predicted to conflict, you delay it.  And the third tier

2   if delayed, then you may use a synchronization table.

3   One of the burdens of our argument is that the third

4   tier, the synchronization table, is another feature of

5   the overall invention.  But it is not a feature that is

6   claimed in Claim 1.  And Intel agrees with us on that.

7        So if we can look at Slide 6, for example -- I'm

8   sorry, Slide 12.  Here out of Intel's brief, the '752

9   describes a synchronization table that is used in

10  conjunction with the prediction table to disable

11  speculation.  And then it says, if we look at Figure 4,

12  for example, elements 106 through 122 and accompanying

13  text really are not relevant to the parties' dispute

14  here.  This is not relevant to Claim 1.  It's relevant

15  to the synchronization circuit, which again is added in

16  Claim 5 and some of the dependent claims, and that is a

17  further optimization, the purpose of which is if you

18  decided to stall a load, because it's got a prediction

19  that suggests that it's prone to misspeculation, there

20  is an added advantage if you want to make a further bet

21  or a further guess that the only problem you may have

22  with it is the one caused by the highly likely store

23  instruction.  And then you can make a further bet which

24  says as soon as that instruction comes, I'll let the

25  load go ahead and speculatively execute because I'm

1    going to bank only the highly likely one is the one

2    that's going to cause me a problem.  But even in that

3    case, the patent says you still have to wait before you

4    commit even that operation until all the stores have

5    happened.  But the synchronization table and the

6    synchronization circuit is not the subject, as we all

7    agree, of Claim 1.  And while that -- what that tells us

8    is while the figures and the specification talk in sort

9    of global terms about an embodiment and the figures, the

10   parties agree that portions of the specifications and

11   portions of the figures are not relevant to the issues

12   we're talking about in Claim 1.  Yet in the tutorial,

13   and I suspect in a lot of the arguments, Intel will be

14   relying on those portions of the specification and

15   drawings which relate to the synchronization circuit and

16   the synchronization table that we don't care about in

17   Claim 1 in order to support their argument.  Thank you.

18            THE COURT:  Thank you.  Mr. Lee.

19            MR. LEE:  Thank you, Your Honor.  We have a set

20   of slides that go just to claim construction, your

21   Honor, and I'm going to start at Slide 17.  I think

22   Mr. Muller has it now.

23            MR. MULLER:  These are different, two copies of

24   the same thing.

25            MR. LEE:  Can I proceed, Your Honor?

1          THE COURT:  Yes.

2          MR. LEE:  Your Honor, moving directly to this

3   question of the pairs and what the patent says, let me

4   just start with one legal proposition which is from the

5   Phillips case at page 1319.  And I start there, Your

6   Honor, because one of the key concepts that Professor

7   Dally communicated to you today was the buffer, what

8   buffers did.  You will search the patent forever and not

9   find the word buffers in the patent.  You also will find

10  the word tier in the patent once, and I'll come to it in

11  a second, not making the allocation that Professor Dally

12  and Mr. Haslam rely upon.  In fact, not making the

13  synchronization equals tier three argument that they now

14  make, and in fact describing what the circuit does in a

15  manner which is very consistent with our claim

16  interpretation, what Mr. Steinberg has presented to you.

17     And the key part of Phillips is the public notice

18  function of the claim.  And I think when you're

19  presented with a claim construction, it's dependent upon

20  tiers when it appears once in the claim, or dependent

21  upon an understanding about buffers whenever it appears

22  in the patent.  The question of what the public notice

23  -- whether the public notice function is critical, and

24  if I go to Slide 17 and the issue Mr. Haslam just

25  addressed, I think this maybe crystalizes the dispute.

1      If Your Honor looks at Claim 1 in the portion we've

2   been talking about, WARF's principle argument is that

3   we're trying to import a limitation into the claim.

4   That's not true.  There is a basic principle of law,

5   your Honor, that if you use the word "a", the article

6   "a", and you follow by using the word "the", that the

7   "the" refers to whatever was described with the "a", and

8   I'll identify a couple of cases where the federal

9   circuit has explicitly so held for Your Honor.  But

10  first let me try to show you why it's important.

11     If you look at the portion of the claim that begins

12  "a misspeculation where a data consuming instruction",

13  so if I can do this right -- did I get it right?  I'm

14  getting some instructions from Mr. Braun here.  All

15  right.  So Your Honor, having mastered this part I hope,

16  you will see the first thing referred to is "a data

17  consuming instruction."  What kind of data consuming

18  instruction is it?  It is a data consuming instruction

19  dependent on its data for --

20          THE COURT:  Vice versa.

21          MR. LEE:  Yeah, a data producing instruction.

22  So you see that there is a data consuming instruction

23  and then there follows a data producing instruction and

24  the claim itself explicitly describes the relationship,

25  which is they are dependent.  But the claim then goes on

1  and it says that, if I go down a little further, is in

2  fact executed before the data producing instruction.  So

3  what's described in the claim itself is the data

4  speculation circuit.  The purpose and function of the

5  data speculation circuit is described, it's explicitly

6  described as detecting a misspeculation where a load

7  instruction is dependent upon a store instruction and

8  the load instruction is in fact executed before the data

9  producing instruction.

10          THE COURT:  But as I understand it, there's

11  always -- you're always looking for a store instruction.

12  You have a load instruction and it will be executed only

13  if there is no conflicting store instruction.

14          MR. LEE:  It --

15          THE COURT:  But then there's another aspect of

16  the patent it talks about.  We've seen that these

17  particular combinations of load and store will often,

18  always, highly likely produce conflicts.

19          MR. LEE:  And Your Honor, that's exactly true.

20  That's what Mr. Steinberg described in Figure 7, and

21  there are three different situations the patent

22  describes, but the resolution of them is all dependent

23  upon the pair that's described in Claim 1.  The first

24  one was where the load instruction arrived before the

25  store that has caused the misspeculation before.  So if

1   I have, and for me this helps me understand it.  If I

2   have load instruction one, it's been executed before

3   with store instruction one and it resulted in a

4   misspeculation, then the patent says that okay, we're

5   going to have this table that says load instruction one,

6   store instruction one causes a misspeculation.  And you

7   count them.  If there are more misspeculations, it goes

8   up.  If there are fewer, it goes down.

9       And let's just say for the purposes of discussion

10  the threshold is 10.  You've said if I get above 10, I

11  have a problem.  What the patent says you do is when the

12  load instruction comes in, you look to see if it's in

13  the table that has the pair and whether you're at ten or

14  not.  If it is, and you're over my threshold of 10, then

15  you wait and you wait for three instances, and that's

16  why Mr. Steinberg took you through the wakeup, no

17  problem, squash.  And what are you waiting for?  First

18  you're waiting for the store to arrive.

19      So in my example of load one, store one, with that

20  being the problem, you delay load one from performing

21  its function and you wait for store one to arrive.  When

22  the computer says store one is here, you can go ahead

23  and your bank account is fine.  I agree with Mr. Haslam

24  this is all about getting it right and getting it right

25  without misspeculating, having to do it over and over

1  and over again.

2      The second scenario is okay, I know that load one

3  and store one caused my problem.  I'm looking to see if

4  store one arrives.  It never arrives.  Instead stores 6,

5  7, 8, 9 and 10 arrive and that is what load one is

6  using.  Then I know based upon my pair in my table that

7  I shouldn't have a problem because the pair that caused

8  the misspeculation isn't one of the pairs and that's

9  why.  What they've done is they've gone to the 60,000

10  foot level, and what I think Mr. Steinberg tried to do

11  is take Your Honor into what the patent is really

12  talking about.  Because if you look at what the patent

13  is doing, which is saying we've got this table and we're

14  going to have three situations:  Situation one, we'll

15  wait for store one to arrive; situation two, we'll wait

16  for all the stores to arrive and then we'll look at them

17  and say store one is not one of them.  We don't have a

18  problem.  And then the third is something else has

19  happened in the system.  We don't want to perform this

20  load instruction.  We're going to squash it.  And those

21  are explicitly what's described.

22      If you take that portion of the presentation, I

23  don't think there's any real disagreement on it.  It's

24  just that I think we focused on it maybe a little bit

25  more.  The claim and the specification make sense, Your

1   Honor.  Then the terms I'm focusing on in Claim 1, a

2   data consuming instruction, a data produces instruction,

3   a load to store, and then referring to the data

4   producing instruction, and if I eliminate my highlighter

5   here, it's the data producing instruction.  It's been

6   executed before the data producing instruction.  That

7   word "the" is critical.  Its importance probably only

8   appeared in the last round of briefing.

9      But in the Warner Lambert case which is at 316 F3rd

10  1348, 1356, the federal circuit held something it's held

11  consistently which is if you use the word "a" to refer

12  to something, then you refer to the same thing with the

13  word "the".  The "the" is referring back to the "a", and

14  as the federal circuit said, it's a word of limitation.

15     So first the idea that we're just trying to take

16  the word pairs and import it in is not correct.  What

17  we're doing is saying you can describe pairs in a number

18  of different ways.  I can say I have a pair of shoes.  I

19  also can say I have a left shoe and I have a right shoe,

20  and all this claim does is say I've got a load

21  instruction, I have a store instruction, and the

22  misspeculation is determined by execution of the load

23  before the specific store.

24     So I can go to Slide 18 and the issue we're talking

25  about now is only the first issue which is should the

1  proper construction of Claim 1 refer to the load/store

2  pairs?  And we would suggest yes.

3       Going to Slide 19, the question is why.  And Your

4  Honor, there are really three reasons.  The first is the

5  focus needs to be, we would urge, on the intrinsic

6  evidence, the claim language, and the specification.

7  And if we focus on the claim language, it may be that

8  both of us in our effort to try to focus the issues have

9  done the Court a disservice.  In some sense what we're

10 fighting about is not so much what a data speculation

11 circuit is, we're fighting about those words "a data

12 producing instruction", "a data consuming instruction",

13 and the word "the".  And those are what's critical.

14      Here quite apart from the claim language which

15 makes perfect sense if Your Honor considers what the

16 specification actually describes, we have more.  We have

17 a single embodiment of the patent.  There's only one.

18 And we have a specification describing key portions as

19 the invention.  And one of the things the federal

20 circuit has done post-Phillips is to give the

21 specification a little bit more life and importance.

22 And if you use the word "the present invention" to

23 describe generically what you're doing, it has given it

24 more import.

25      And if I go to Slide 20, these are the portions

1  which Mr. Haslam candidly conceded are in the patent.

2  And what's described is the central insight, and at

3  least as I understand the central insight, Your Honor,

4  is if I have 20 loads over here and 20 stores over here,

5  detecting all the different permutations and

6  combinations that could result in misspeculations is a

7  lot of work and in fact, the patent uses the word it's

8  overwhelming.  So what they say is here is our solution.

9  Rather than having a method for detecting

10 misspeculations that requires -- rather than either

11 having no method for detecting misspeculations which

12 would require just to go in order or having a method

13 that allows you to speculate as much as you want and

14 then squashing every mistake and starting over again,

15 here is what we're going to do.  We figured out, and

16 this is why the summary of the invention in the first

17 paragraph is so critical, that there's only a discrete

18 number of pairs that causes the problem.  And that's the

19 first sentence, Your Honor.  "The present inventors have

20 recognized that most data dependence misspeculations can

21 be attributed to a few static store/load instruction

22 pairs."  And it goes on several times.

23      But if I were to pause there, Your Honor, and go

24 back to Mr. Steinberg's example with the three different

25 scenarios, that sentence makes perfect sense in light of

1  what's described in the patent.  We believe the

2  inventors say that of the many different permutations

3  and combinations that invoke from my ten stores, my ten

4  loads, there are a discrete number, three, that are

5  going to cause all the problems.

6      So what do I do?  I figure out which of those three

7  are by counting up my misspeculations.  I put them in

8  the table, and then when I go to the load instruction

9  that's causing those, I figure out if the stores come

10  first, if the stores are relevant, or it's squashed for

11  another reason.  It all makes sense and it doesn't

12  divide the invention into the tiers that WARF has urged

13  you to divide it into, and I think I can show that in

14  just a second.

15      THE COURT:  What I don't know is that is there

16  a problem -- is there only one kind of problem that a

17  load will face?  Does it face a problem only when

18  there's a store with the same number?

19      MR. LEE:  Your Honor, let me try to answer it.

20      THE COURT:  You can check all these different

21  things, but is the only thing you're looking for to see

22  whether it has the same number?

23      MR. LEE:  Let me try to answer and then also

24  say Mr. Steinberg is both more qualified and smarter

25  than if I am, so if he nods to me and says I've got it

1  right, it would be right.  If he says that I'm wrong,

2  I'll let him answer.  Is that okay?

3      I think in the manner in which it's described in

4  the patent, the problem that you're having is that a

5  load wants to load information and it's loading it from

6  a store and it has not yet arrived.  That's the example,

7  the simple example that Mr. Steinberg described.  That's

8  like a static moment in time.  If you think about the

9  program running --

10     THE COURT:  I'm here with a moving van, ready

11 to pick up the furniture, and the owner isn't there to

12 open it up, let me move this furniture.  So that's what

13 I'm doing.  I'm saying to my computer find X and it's

14 going to search around for X, which is in store

15 somewhere.

16     MR. LEE:  Right.  Or the example I've thought

17 of is I go online and I like to know what the balance of

18 my checking account is and it goes to load the

19 information on my account and compute what the net is

20 today, but it hasn't -- you know, it goes to access

21 information about the last deposit from my firm, it

22 hasn't made it there.  If it loads the information,

23 which is zero, it's going to come out with a wrong

24 number.  If computing my check balance, which again I

25 agree with Mr. Haslam is important that it be right, if

1    computing my check balance needs to be right, having it

2    do the computation of my net balance before the

3    information has arrived about my weekly paycheck is

4    going to result in something that's wrong.

5        Now I think that if you removed yourself from that

6    static moment in time and think about these programs

7    running over and over and over again, millions of times

8    a second, it may be that that same load instruction at

9    some later point in time will need to load something

10   from a different place.  So that in my example of my

11   checking account, it may be that the next time through

12   it needs to load the information from the last check I

13   wrote in order to do the computation.

14       So the way you describe it is exactly right which

15   is it's a little bit as if you arrive with a moving van

16   but the house is locked and you need someone to unlock

17   the house so you can start moving.  But the next day it

18   may be that you'll drive your moving van across town to

19   move someone else.  But the same thing is true, you're

20   going to want the house to be unlocked before you can

21   move.  And what the patent is saying, this is the

22   summary of the invention, it's the only embodiment.

23   What the patent is saying, you know, from all the

24   different problems that can arrive from my moving van

25   arriving at 100 houses, I know that there are only five

1  of these people who in this neighborhood are crazy

2  enough to lock their houses all the time and I have

3  identified them, right?  And if I then get an

4  instruction that says let's move this house and I know

5  this caused a problem before, what I do is I look at my

6  table and it says this instruction to go to this house

7  has been a problem at 142 Forest Street.

8      So what do you do?  You do one of three things.

9  You wait until someone comes to 142 Forest Street and

10 unlocks the door, then you're off to the races.  That is

11 the store arriving.  What else can you do?  You can wait

12 until your whole manifest is in for the day and you know

13 the five houses you have to go to and none of them are

14 142 Forest Street, and so you know okay, I'm okay to go

15 because I'm not likely to end up at a house that's

16 locked.  The other is someone says hurricane in town,

17 we're not moving anybody.  We're squashing the

18 instruction for you to go.  That's the three scenarios

19 the patent describes.  That's what Mr. Steinberg

20 described in Figure 7.  That's why the word pairs is so

21 frequently in the patent.  And frankly, that's why no

22 one has ever climbed the tiers in the claim in the

23 patent itself and no one has ever equated

24 synchronization with only what Mr. Haslam and Professor

25 Dally described as tier three.

1          THE COURT:  When you say no one has done it,

2     who would you be talking about?

3          MR. LEE:  I would actually be talking about the

4     patent.  I misspoke.  That's why the patent never

5     describes it in that manner.  Because if you take what

6     the claim says and then trace it to what the

7     specification says is the heart of the invention and

8     then trace it to the figure as Mr. Steinberg describes,

9     it actually makes sense to hold it all together.  You

10    understand what they're trying to do, you understand how

11    they claimed it, you understand how the particular

12    examples were.

13         And if I go to Slide 21, without going through them

14    all in detail, we have set forth, and that's one of the

15    reasons that Mr. Steinberg took the time to go through

16    the details of the figures in the specification rather

17    than a figure that's not in the specification, and each

18    of them describe precisely what I think I tried to

19    describe to Your Honor.  So this is a question of

20    reading that, as I said, we may have done the Court a

21    disservice by focusing just on data speculation circuit

22    and we're all focusing on an entire portion and the

23    claim language refers to up there, it makes the

24    misspeculation dependent upon "the pair".  It does

25    describe it as my left shoe, right shoe rather than a

1  pair.  The specification then says here is what's
2  critical about it, and every single example is built off
3  pairs.

4      Now if I go to Slide 25 which deals with some of
5  the arguments that WARF has made and Mr. Haslam has
6  provided this morning, the argument on pairs and this
7  idea of the three tiers and third tier not being in
8  Claim 1 we would respectfully suggest isn't correct, and
9  I think I can explain to the Court why.  Also the idea
10 that there is a situation that where the load is
11 delayed, even if it is impaired with a particular store
12 somehow validates WARF's construction also is not
13 correct.  In fact, the example I just gave Your Honor
14 with the manifest with the five houses is what
15 demonstrates it's not.

16     So if I go to our response, first the argument that
17 WARF makes, Your Honor, basically I would suggest
18 doesn't give credit to the language of the claim as
19 described and how that language should be read in light
20 of the disclosed embodiment and in light of the constant
21 reference to pairs and how they're used.

22     This theory about --

23         THE COURT:  What still stops me is that pairing
24 is inherent in the whole process.

25         MR. LEE:  Right.

1          THE COURT:  Because you're always trying to see

2     whether there's something there to unload the load of,

3     so you've always got to make a match.  So that wasn't

4     any big deal to say that we're talking about pairs.

5          MR. LEE:  Yeah.

6          THE COURT:  But this very special thing that

7     WARF is talking about which is the pairs that are so

8     well-known to cause problems as to be separately

9     identified.

10          MR. LEE:  That's exactly right.  Your Honor, I

11     think I can explain maybe a little bit more clearly why

12     you're exactly correct and why that would make our claim

13     interpretation correct.  If you imagine my ten loads and

14     my ten stores, one of the things you could do by the

15     brute force way is for every -- for load one, there be

16     ten different possible loads with ten stores, and you go

17     all the way through, so there would be 100 different

18     possibilities.  You could have a table that had that 100

19     different possibilities and you could count up.  You

20     could keep a record of every time one of those pairs

21     misspeculated, and then when your load came, you could

22     try to figure out from that large amount of information

23     whether you had a problem or not.

24          What the inventors are claiming is from that group

25     of 100, we figured out there's only four or five.  There

1   are four or five pairs.  That's why the table has them

2   as pairs.

3        Your Honor, the best indication I can give you

4   that's what they're talking about and that this tier

5   structure, if I go to Slide 27, is not what they're

6   talking about is this:  As Your Honor considers this

7   issue, we would ask Your Honor to consider page 40 of

8   the WARF response brief, the one most recently filed,

9   and let me read a quotation.  And this is to support the

10  argument of the tiers.  What they say in the first full

11  paragraph is this:  "Similarly to practice only Claim 1

12  and the first and second tiers of the invention, a

13  skilled person would also visualize an abbreviated

14  prediction table."  This is from Professor Dally's

15  supplemental declaration.  "Because the identity of a

16  store instruction is not required to practice Claim 1

17  and the second tier, such a table would consist only of

18  two columns, one containing a load instruction and the

19  other containing the associated prediction."

20       Now I think the question we would ask the Court to

21  ask itself is this:  If Claim 1, really just Claim 1 and

22  2 as articulated by WARF and it's described in the

23  patent and it's satisfying the public notice function,

24  why is it we have to visualize the chart that would make

25  that happen?  And the answer is that's not what's

1    described in the figures.  There's a reason that you

2    have to visualize this chart rather than turning to the

3    patent and seeing it and it's because the pairs are

4    critical to delaying the load under any circumstances.

5        There's one thing which Mr. Steinberg said which I

6    don't think is something Professor Dally disagrees with

7    which is this:  For every load instruction, it's only in

8    there once at one time.  So load one is in there when

9    store 10 created the problem.  It's not in there

10   multiple times, it's in there once.  And that pair

11   remains key.  Why?  Because the inventors believe that

12   they have been able to focus upon the ones that are

13   causing the problem.

14       So the tier structure would come down to one

15   paragraph.  If I go to Slide 28, it comes out just one

16   paragraph in the patent at column --

17            THE COURT:  3.

18            MR. LEE:  Yeah.  You're ahead of me and I don't

19   have to get to that.  So if I go to Slide 29, what I'd

20   like to focus the Court on is what the patent says

21   rather than a characterization of what the patent says.

22   Actually we have a little bit of a recording from WARF's

23   brief which says "in the second tier of the invention, a

24   load instruction is delayed when a prediction associated

25   with a load indicates a high likelihood of a conflict."

1    Now the words "in the second tier of the invention"

2   are not in the patent.  What Mr. Haslam has done -- what

3   Mr. Haslam has done is taken the three "if" clauses and

4   broken them down.  But if we take that as the

5   articulation, a load instruction is delayed when a

6   prediction associated with the load indicates a high

7   likelihood of conflict.  Your Honor, that prediction

8   only occurs based upon a misspeculation with a pair.

9   How do we know that?

10    If I go to Slide 50, there's a quotation from

11   column four, line 8 to 20 of the patent itself.

12   Specifically the present invention provides a prediction

13   associated with the particular data producing/consuming

14   instruction pair.  So what WARF has argued to Your Honor

15   is this:  There's three tiers and the issue of the pairs

16   is never joined until tier three.  How do they get

17   there?  They say well, the issue of the pairs is

18   irrelevant until you get to the synchronization portion.

19    Now what we did say is the pairs are relevant to

20   synchronization.  That is a step further down the road.

21   But what we never said in our brief is that that doesn't

22   mean that the pairs are not relevant earlier on in the

23   process.  And what WARF has said at column four, lines 8

24   to 20, is "the present invention provides a prediction

25   associated with a particular data producing and

1  consuming pair."  So if you then take that and go back

2  to column three and you look at what WARF is relying

3  upon, "a load instruction is delayed when a prediction

4  associated with a load indicates a high likelihood of

5  conflict", that makes sense.  But it only makes sense if

6  you use the word prediction in the manner in which it's

7  consistently used in the patent.  It's always used, Your

8  Honor, to describe a prediction based upon a pair.  And

9  in fact, Your Honor, if it wasn't based upon that, the

10  wakeup, wait for everybody's address, the squash won't

11  make sense.  That's a division that's based upon the

12  fact that there is a pair.

13      Now Mr. Haslam said at the outset that the crux, if

14  I turn to Slide 30, that the crux of the dispute is the

15  following:  They have attributed to Intel the argument

16  that -- what they have said is a load can be delayed

17  even if it is not with the same store with which it is

18  paired in the prediction table.  That's true, but it's

19  irrelevant to the claims construction issue that's

20  before Your Honor.  It's precisely what Mr. Steinberg

21  described by three scenarios.

22      If I go back to my moving example, it's wait for

23  someone to unlock the house, wait until I get a list of

24  every house I have to go to, or wait until somebody

25  tells me I don't have to move anybody today.  But it's

1　all dependent upon pairs.  It's not suggesting that my

2　mover has to only go to 142 Forest Street.  But it's

3　suggesting that if they are going to 142 Forest Street,

4　it's going to be a problem.  You're going to get there,

5　it's going to be locked, you're going to have down time,

6　let's wait.  And that's what the patent describes and

7　the pairs.

8　　And that's why Table 5 is so illuminating.  The

9　pairs is what tells you, if we can go to Table 5 --

10　Figure 5, I'm sorry, that's why Figure 5 is what it is.

11　That's why Figure 5 has three parts and that's why there

12　is no table with just LD8 and 1, and that's why WARF

13　says you would need to visualize.

14　　If I go back now to Slide 31, the key to unraveling

15　the argument that WARF has made is this:  It's in the

16　patent itself and not in an amplification of the patent.

17　A load is prevented from speculating only if it appears

18　in the prediction table with a prediction value above

19　the threshold.  So it needs to be in Figure 5, it needs

20　to be above my hypothetical 10.  But a load has only

21　been placed in the table and assigned a prediction value

22　because it has repeatedly misspeculated when paired with

23　a store.  It's not, Your Honor, that I have load 1 and

24　store 10 and then the first time it misspeculates I say

25　1 and then you have load 1 store 8 and it misspeculates.

1    Instead of taking that up to 2, it takes it down to 0

2    because the focus is on the pair, right?

3        So if you think about the invention, which is let's

4    focus on the pairs most likely to cause a problem, every

5    time it causes a problem, you drive the number up.

6    Every time it doesn't, you drive it down.  What

7    Mr. Steinberg said is a little counterintuitive is this:

8    If there's another pair that causes a problem and not

9    this one, you drive the number down for that pair.  Now

10   at some point in time, at least as I understand the

11   patent, it may be that your second situation becomes the

12   real problem, not the first, and then the tables change,

13   and that's what they're talking about and that's what

14   the balance is.

15       And that's why, if I load up Slide 32, Slide 32,

16   Your Honor, is the situation where I've got my load,

17   it's causing a problem, it's above my threshold, and the

18   system says stop, don't speculate.  But then what

19   happens is the reason it's delayed, and the patent tells

20   us this, is because there have been problems with that

21   pair before.  But then all the store instructions come

22   in and what I find out is I didn't need to worry about

23   my pair so I can say go ahead.  That's my second example

24   in the moving situation.

25           THE COURT:  So wait, if you've got A showing up

1    and it's had problems with X --

2            MR. LEE:  Yes.

3            THE COURT:  Okay.  So then it's held until you

4    find out whether X is in the picture or not.

5            MR. LEE:  That's exactly right.  You can do it

6    one of three ways.  You have A and it's caused a problem

7    with X before and it caused it enough times that your

8    counter is above the threshold.  Then you can do these,

9    one of these three things.  You can wait for X to

10   arrive.

11           THE COURT:  Or not.

12           MR. LEE:  Right.  Or you can wait until you

13   know that X isn't going to arrive.  That's the scenario

14   two.  Or you can wait until things get shut down for

15   some other reason.  But it's all based upon A and X in

16   the first instance and why the pairs are.

17       The second example, Your Honor, or not is sent by a

18   false alarm, which is we thought it might be this pair.

19   It isn't.  We thought we were going to go to 142 Forest

20   Street.  We're not.  So if we step back from it all, and

21   go to Slide 33, the system claim -- this is not about

22   importing limitations in the claim.  The system claim

23   described revolves around tracking these critical pairs.

24   The data speculation circuit revolves around predicting

25   these critical pairs.

1    If I go to Claim 38, page 34, the second central

2    point is that an individual load instruction won't be

3    prevented from -- will be prevented from speculating if

4    the prediction value of its pair is too high.  Your

5    Honor's A and X, it's over 10.  But there can be false

6    alarms.

7        Let me just address one other point which was

8    Mr. Haslam's claim differentiation argument.  This is an

9    argument that's founded on a premise which is, we

10   suggest, not correct.  The premise is that A and X are

11   only relevant to synchronization, and because Claim 3,

12   for instance, or Claim 5 and 9 refer to synchronization,

13   that's claim differentiation.  The premise is incorrect,

14   Your Honor.  The pairs and the prediction are relevant

15   well before prediction in every single figure in the

16   patent.  They're the only example.  And because they

17   are, they're not differentiated.

18       And I think the really interesting thing is you

19   won't find the word pairs.  In the claims Mr. Haslam

20   says implicates pairs, you won't find that word there

21   either.  So they're making a claim differentiation

22   argument based upon a false premise and actually what

23   the claims demonstrates are these two things.  They

24   demonstrate that the inventors use words other than the

25   single word pair to describe A and X and the way the

1  claim is written is A, X, and misspeculation because X

2  didn't arrive.

3      That all makes sense in face of the claim.  The

4  claim differentiation, there are no claims that describe

5  pairs in any different way and the claim

6  differentiation, Your Honor, is premised upon the idea

7  that synchronization is the only portion of the patent

8  that implicates the pairs is simply wrong, and columns

9  three and columns four, which in column three the second

10  "if" is described, as I understand WARF's argument, one

11  of ordinary skill in the argument would have read that

12  second "if" to be in tier two, but that second tier

13  requires a prediction which column four tells you

14  explicitly is based upon A and X.  Thank you, Your

15  Honor.

16          THE COURT:  Thank you.

17          MR. HASLAM:  Just a few brief rebuttal.

18          THE COURT:  Okay.  I do want -- we have 33

19  minutes left and I do want to ask a few questions and I

20  do want to get into in fact executed because I am

21  struggling with that.

22          MR. HASLAM:  I understand.  Just a couple

23  points.  One of the arguments Mr. Lee made is well, the

24  claim language in fact has pairs because it talks about

25  a data consuming instruction and a data producing

1  instruction which are dependent on each other, and he

2  uses the second "the" means there's only two

3  instructions.  Well, that doesn't prove anything.  I

4  mean both parties agree that loads can conflict with any

5  given store, so it can conflict with a highly likely

6  store.  But if a highly likely store isn't even there,

7  it can still conflict with some other store.

8      So there may be a pair in a sense that is

9  determined once you find a conflict or a dependency

10  between them and it doesn't get them to the point where

11  they say it is any particular store which is what that

12  pair is about.  What they're saying is well, the patent

13  talks about a load and a store which conflict and

14  therefore they must be talking about a particular load

15  and a particular store, but we saw that the patent pays

16  attention to and the prediction is updated regardless of

17  which store causes the conflict.

18      Insofar as the tiers go and insofar as -- I don't

19  think it's a misreading to use, when the patent itself

20  says the three-tier approach and you look at the rest of

21  the paragraph and they use the if, if, and if, that

22  those are the three tiers it's talking about.  And the

23  second tier, I'm not sure if the import of Mr. Lee's

24  argument was we were somehow misquoting, but at column

25  three, line 67, the second if, which we believe is the

second tier, if there has been a misspeculation with a
given load instruction, a predictor based on the past
history of misspeculations for that load instruction,
doesn't say that load instruction and its paired store
instruction, it says "history of misspeculations for
that load instruction is employed to determine whether
the instruction should be executed or delayed."

Now Mr. Lee went on to quote a portion of column
four, line -- I think he started at line 15 which he
says supports him, and it does talk about a data
producing instruction and a data consuming pair.  But I
don't think that one isolated statement of what the
invention is necessarily means that all of the
embodiments and all of the claims cover all of the
aspects.

If we go down in column four to line 31, the
federal circuit has said you have to be careful about
how you use summary of the invention to either impress
or not impress terms.  But if we look at column 31, it
says "thus it is one object of the invention to provide
a predictor circuit that may identify data dependencies
on an ongoing dynamic basis.  Recognizing that there are
relatively few instructions which will cause data
misspeculations, these instructions are identified by
reference to historical misspeculations associated with

1   the instructions as stored in a prediction."  That's a

2   reference only there to the instructions that cause the

3   problems and the instructions that cause the problems

4   are loads that are speculative and that happen to cause

5   problems because a store gets them.

6         So there, if we want to argue what the summary of

7   the invention says, there's something in there for

8   everybody, but I don't think you can come to the

9   inescapable conclusion that in Claim 1 based on the

10  language of that claim that the only thing is is that it

11  has to be a load and a particular store.

12        And finally, I made this point, but Mr. Lee time

13  and time again in his examples, he referenced the wakeup

14  call and how the wakeup call was very important because

15  the wakeup call occurred when the paired store that he

16  was talking about came along and you wake the load up

17  because now you know it's highly likely the store has

18  gone by.  Time and time again, if you go back and look

19  at the transcript, he referred to wakeup call.  The

20  wakeup signal is generated in column -- sorry, in Figure

21  4 -- I'm wrong, it is in Figure 7.

22        Figure 7 deals with the synchronization circuit,

23  and as we showed in my opening presentation, they don't

24  disagree.  The synchronization table is not relevant to

25  Claim 1.  They called it in their brief an

1    implementation detail which is not relevant to Claim 1.

2    Well if it's not relevant, if the synchronization

3    circuit isn't relevant -- synchronization table isn't

4    relevant to Claim 1, which is in Box 204, then the

5    wakeup call which comes after that which the wakeup load

6    which is dependent on the synchronization table likewise

7    is not relevant to Claim 1.  And that's why we say, and

8    Intel at least to that extent agrees with us, that the

9    portion of the patent dealing with the synchronization

10   of wakeup, the paired store pair load is not relevant to

11   Claim 1.  Thank you.

12        THE COURT:  Thank you.  Do you want to talk

13   about in fact executed?

14        MR. HASLAM:  Yes.  I think if we go to column

15   six of the patent and where we begin the detailed

16   description of the invention, line 15, and this is

17   something that both parties talked about, it's the

18   simple three instructions.  Instruction one is a store,

19   instruction two is a load, instruction three is a load.

20   And what the specification talks about here is that

21   there are dependencies here, because we don't know what

22   the contents of the registers R1, R2 and R3 are, those

23   are the addresses which the store is going to load to or

24   which the loads are going to retrieve from.

25        And if we go down to column 51, if we go down to

1  column 51, the patent says until you know the contents

2  of those registers, the dependencies are ambiguous; that

3  is, it cannot be determined whether there is in fact a

4  dependency without knowing the contents of registers R1,

5  R2 and R3, which cannot be adduced from the instructions

6  alone.  So right there I think you see something that we

7  believe in this field to a person of ordinary skill in

8  the art, it tells you what is the critical thing you

9  need to do in order to be able to resolve the

10 dependencies and that is the instructions have to

11 execute far enough so that you know what memory address

12 the load is going to retrieve from and the store has to

13 execute far enough so that you know the memory address

14 that the store is going to store to.

15        THE COURT:  That's what I want to know.  What

16 are you doing when you're looking for the store?  Are

17 you -- Mr. Dally I think said you don't access the

18 memory address, but you have to do something.  How do

19 you find out what's in there if you don't access it?

20        MR. HASLAM:  If that's what he said --

21        MR. DALLY:  Can I clarify?

22        MR. HASLAM:  I can answer it or the expert can

23 answer it.

24        THE COURT:  Sure, why don't you.

25        MR. DALLY:  So what I said is to detect the

1   conflict between the load and the store, you compare the

2   two addresses.  You compare the address of the load, in

3   this case what would be in the register R2 or R3, to the

4   address of the store.  That is what is in register R1.

5   So you're just taking the two addresses and seeing if

6   they're the same.  You don't have to actually go to the

7   memory location to do that.

8           THE COURT:  So how do you get the address?

9           MR. DALLY:  The address is produced by the

10  load/store execution unit, by reading the register.  And

11  in fact, it has to get the address first before it sends

12  it to the memory system because the memory system needs

13  the address to go and access the location.

14          THE COURT:  So if I can go back to my moving

15  van, I don't have to go to the house, I just have -- the

16  first thing I have to do is find out if it's 142

17  Forest --

18          MR. DALLY:  Exactly.

19          THE COURT:  -- so I know --

20          MR. DALLY:  The two moving vans, one of which

21  is dropping a couch off, the other one of which is

22  picking it up.  You can simply look at your manifest and

23  say the store, the dropoff, is to 142 Forest, and the

24  load, the pickup is also 142 Forest.  You detect the

25  conflict back at the dispatch center.  You don't

1  actually have to send the trucks out to do it.

2          THE COURT:  Okay.  Well that helps in one way.

3  It still leaves me with the problem of deciding what in

4  fact executed, what do you actually have to do to

5  execute.

6          MR. HASLAM:  In fact execute in the context of

7  this claim with an out-of-order execution means that you

8  have to have processed the instructions sufficiently far

9  to determine the memory address that will be accessed.

10         THE COURT:  So look in the phone book for the

11 address.

12         MR. HASLAM:  Look in the phone book.  However,

13 in the morning you come in and let's assume you're the

14 load, you're the load to go out to pick up this sofa and

15 they may actually send you out.  I mean there's no

16 dispute, both parties have indicated the instructions

17 take different amounts of time to execute.  So you send

18 the first van out to 142, say go pick up what's there.

19 Suddenly comes in a store after you sent the van out and

20 it says oh, I've got to drop something off at 142.  This

21 load is not going to pick up the right stuff.  So the

22 system can then say at some point in time I'm going to

23 want to either call him, stop him, when they get back

24 tell them they've got to back or whatever.  But you know

25 there's a problem as soon as you know that the load is

1  going to pick something up at address 142 and that the

2  store is going to drop something off there.  And so you

3  don't need to actually go to the place to pick it up in

4  order to know.

5       THE COURT:  I think I was following for awhile.

6  I'm going to 142 expecting that the person who is

7  dropping the sofa off has gotten there all right.

8       MR. HASLAM:  Right, or that there will not be

9  anything to be dropped off there.

10       THE COURT:  So it's beyond looking up the

11  address, I have to know what's going on at the address

12  before I go out.

13       MR. HASLAM:  You have to know what address

14  you're going to.

15       THE COURT:  Right.

16       MR. HASLAM:  And then at some point you need to

17  know one of two things to let that go ahead and do

18  whatever it needs to do.  Nobody is going to drop

19  anything off at 142.  In other words, nothing is going

20  to happen there.  There's no stores that are going to

21  happen.

22       THE COURT:  So going back to the computer now,

23  the circuit, I know the address.  Here's my little load.

24  I know the address.  How do I know that the address

25  isn't going to work?

1          MR. HASLAM:  Well, you know -- okay, you know

2     the load is going to go and get some information at a

3     particular location.

4          THE COURT:  So I have to know more than the

5     address.  I start with knowing the address, but I have

6     to know something more.  Is it there yet?

7          MR. HASLAM:  Well, but -- as a conclusion, yes,

8     but the way it works is all you know when the load comes

9     along is this load is going to go get some information

10    at location one and it can start going out and trying to

11    get that information.  That's all you know at that point

12    in time.  Next along comes a store.  Once you begin to

13    execute the store, you execute the store far enough to

14    say that this store is now going to store something at

15    location one.

16         THE COURT:  So that's where the execution takes

17    place is at the store.

18         MR. HASLAM:  Well, when you figured out that

19    the store is going to store something at address one,

20    you now know the addresses of the load and the store and

21    you can see that they're both going to the same place.

22    So you can determine that the load is going to get

23    information, which is stale, because it won't have the

24    store.  It won't have the information that the store is

25    going to put there for it.  It's going to get the

1  information that was there before the store.  So --

2        THE COURT:  Okay.  So at that point have I in

3  fact executed?

4        MR. HASLAM:  Yes.  Once you have made a

5  determination that the -- you know the addresses, you

6  have -- you've executed as far as necessary to make a

7  determination as to whether or not there's a data

8  dependency or not as stated with respect to Table 1.

9      In the context of the language of column six, you

10  know at that point in time what the contents of register

11  one and register two are and you can now make a

12  determination that if those two addresses, if R1 equals

13  R2, they are both going to the same place.  So in our

14  view, you have executed, in the context of this art, to

15  a person of ordinary skill in the art when you've gone

16  far enough to know in the example of column six the

17  contents of registers one, two and three which the

18  patent says are the memory addresses that you're going

19  to or that if you don't take it in the context of the

20  registers is when you know the memory addresses that

21  you're going to but you don't have to go there to know

22  there's a problem.

23        THE COURT:  Okay.  So now I'm more confused

24  than ever about your proposed construction.  You're

25  saying a load instruction is in fact executed before the

1  store instruction when the load instruction is actually

2  accessed or is certain to access data that has not yet

3  been updated by the store instruction?

4          MR. HASLAM:  You can have a -- you can actually

5  have the load having gone out and gotten the

6  information.  I guess the point that we're trying to

7  capture is this:  When you issue the load instruction,

8  if we take the moving van, when you find out there's an

9  order for 142 Forest, if that's what it was, but anyway

10 142 Forest, you send the van out there and the van

11 starts driving out to 142 Forest, then the store comes

12 along and you find out that the store is going to store

13 something at 142 Forest, you don't -- at that point in

14 time you know there's a conflict.  But the van may have

15 already gone to 142 Forest and come back, in which case

16 you're going to say I'm sorry, that was a wasted trip.

17         THE COURT:  So that's all that you mean.  Intel

18 has proposed a load construction is in fact executed

19 when the load construction actually has loaded data from

20 the memory location.  That sounds to me like the whole

21 thing worked.  You got out there, the sofa was there,

22 you picked it up.

23         MR. HASLAM:  Right.  And as we pointed out in

24 our brief, the problem with that is because instructions

25 take different lengths of time, let's suppose the van is

1   only five blocks away.  Well, it's possible the van may

2   have gotten there and be on its way back when you find

3   out there's a conflict.  Suppose he is driving 100 miles

4   away.  He may be 50 miles on his way there.  The next

5   thing comes in and says oh, we're going to store

6   something at 142.  Intel would say that that would not

7   cause a data dependency or a conflict because that drive

8   hasn't been completed, and as we showed in our brief,

9   the problem with that is you would then let that load go

10  out and come back because you wouldn't find the conflict

11  under Intel because it hadn't completed, in their view

12  of completed, and now you've got a problem because you

13  think I've gone and picked up at 142 Forest, I don't

14  have any problems, and you've missed the fact that there

15  was a dropoff at 142.

16      And their argument that you would catch that

17  somehow is wrong because once you've determined the

18  storage address, you've decided what to do with the

19  storage, it drops out of the circuit, and when the van

20  finally gets back from its long trip out there, that

21  store is no longer around anymore.  So the fundamental

22  difference is is we attempt to pick up the fact that the

23  load instruction may be in the process of getting the

24  information as well as may have already gotten the

25  information when you can resolve the dependency by

1  figuring out what the load address is and the store

2  address.

3          THE COURT:  One of the things that seemed odd

4  to me is that you talk about in fact executed, which is

5  in the past tense, and yet you talk -- you wanted to

6  include when it was certain to access data that has not

7  yet been updated, which sounds like a conditional

8  future-oriented sort of thing.

9          MR. HASLAM:  As Professor Dally in his

10  declaration stated a little bit today, in this field in

11  fact executed has a meaning to people of skill in the

12  art, and the process of executing an instruction has

13  several aspects to it and can take a short period of

14  time or a long period of time.  It is in fact executed

15  in the context of this particular art when it has begun

16  execution and gone far enough to determine what the

17  address is that it's going to go to, and that's why we

18  said --

19          THE COURT:  And then there's going to be a

20  problem if there's nothing there, those two things.

21          MR. HASLAM:  No, it will -- you will find the

22  problem only when you know that it is going to the same

23  place that a store is going to.  It is possible, there's

24  no dispute, it's possible that you're going to send --

25  you're going to execute a load and you're going to guess

1  that you're okay and there may be no problem, no store

2  ever conflicted with it, in which case it goes out and

3  it comes back.  What we're talking about is that you

4  determine in the context of Claim 1 that there's been a

5  misspeculation at the point in time you know the address

6  that the load went to or is going to is going to be the

7  same as the address that the store is going to and the

8  difference is Intel wants to say only after the load

9  instruction has gone out and fetched the data and

10  brought it back and we're saying that you can find that

11  problem, you can learn what the two addresses are or the

12  contents of register 1 and register 2 before you

13  actually go out and fetch the data.  You may have

14  fetched the data and be sitting there waiting and

15  determine there's a problem, in which case you've got to

16  squash it, but you can also determine there's a problem

17  without having to wait for the truck to go all way out

18  there and come back and you can call them when they're

19  50 miles out there and same come back, you've got a

20  problem.  You don't have to let them go all the way out

21  and come back, and that's the burden of our argument,

22  and there are citations that are set forth in the brief.

23      But in column seven, there are several times where

24  the patent talks about keeping track of operations as

25  they are performed for purposes of the data speculation

1   circuit.  Column seven, 24-29 talks about once the

2   instructions have gone as far as possible, prior to

3   reading from memory or requesting a store, the

4   processing units notify the data speculation units so it

5   can keep track of the operations.  Column seven, line

6   45, it talks about having to make a determination that

7   they have access to the same memory address, all of

8   which we think supports the notion that a person of

9   ordinary skill in the art would understand that in fact

10  executed in the context of this means that you have

11  executed the instructions sufficiently far that you can

12  determine the addresses that they are going to go to or

13  access.

14          THE COURT:  Can I ask you just one thing which

15  is not part of the construction, but you talk or someone

16  talked about instruction windows.

17          MR. HASLAM:  Yes.

18          THE COURT:  Would you just tell me what that

19  is?

20          MR. HASLAM:  In the process of performing the

21  instructions, part of the computer will go out and fetch

22  instructions and bring them back and so the set of

23  instructions that is there got ready to operate on

24  what's called the instruction window.  So it may be, I'm

25  in quicksand, but hypothetically you could have ten

1  instructions you're dealing with, maybe 100

2  instructions, I don't know what the size might be, but

3  those are the ones you've been operating on.  You're

4  looking for any misspeculations or in that particular

5  one, the instructions in that particular window.

6          THE COURT:  And then, because we're really

7  running out of time, when we talk about predictor, I

8  wondered whether your content is is it an issue in this

9  case that defendant's accused device produces a

10  prediction not based on historical misspeculation?

11  Because if it doesn't, I don't see why we're worrying

12  about this term.

13          MR. HASLAM:  I don't know why we need to

14  construe predictor or prediction.  I think the claim is

15  pretty clear.  I mean the predictor is a circuit that

16  receives a misspeculation.  The prediction is associated

17  with the data consuming instruction and based on

18  misspeculation indication.  I mean we both are arguing

19  over something that, in our view if you've made the

20  determination about how and whether you're going to put

21  load/store pairs in the claim and once you decide what

22  in fact executed is, we believe you don't need to

23  construe the rest of it and all we've done is --z the

24  parties have done is sort of recast the claim is pretty

25  clear in a different language.

1          THE COURT:  If I construed prediction as a

2    variable that indicates the likelihood that the data

3    speculative execution of the load instruction will

4    result in a misspeculation, would that make sense?

5          MR. HASLAM:  Yes.

6          THE COURT:  All right.  Thank you.  Mr. Lee,

7    you'll be finishing up?

8          MR. LEE:  Yes.  I think I can do it in six

9    minutes, Your Honor.

10          MR. HASLAM:  Sorry, Bill.  If I would have

11    known that, I would have talked a few minutes longer.

12          MR. LEE:  He's an old friend and now he has

13    wasted 30 seconds of it.  Your Honor, four points are

14    that in fact executed, if I can take Your Honor to Slide

15    7 of our presentation.

16      First, the words are in fact executed, and Your

17    Honor will see that in the claim, different tenses and

18    different voices are used by the patentee.  One of the

19    things the federal circuit has been relatively clear

20    about is the patentee has the power of the pen and the

21    purpose of the claim is to give public notice, so we

22    ought to read the words in the manner in which they're

23    drafted and the words are in fact executed are in the

24    past tense.

25      Compare if you would, Your Honor, paragraphs A and

1   B which are stated in the present tense as if something

2   is happening at the same time.  That's why in fact

3   executed is something that has occurred.

4        The second point is the idea that Professor Dally

5   and Mr. Haslam just advocated which is if you know the

6   address is 142, that's not even consistent with what

7   their claim interpretation is.  Their claim

8   interpretation is either you've got the 142 Forest or

9   the truck is on its way and it's certain to arrive

10  there.  And the difference between the two is

11  instructive for two reasons.  One, I think it belies the

12  argument that in fact executed has this clarion meaning

13  to one of skill in the art because it has been described

14  three different ways.

15       The second is that it tells Your Honor that they're

16  trying to do something with the past tense in fact

17  executed that the term won't support.  Indeed, Your

18  Honor, if what they wanted to say is all you need is the

19  address, they could have said all you need is the

20  address.  They said not just executed, they said in fact

21  executed.

22       Point number three, Your Honor.  The specification,

23  if I could turn your Honor to -- I'll bring us to Slide

24  10 -- the specification tells us what it means to

25  actually execute a load instruction and it loads the

1    content of memory location A(1).  We're just using in

2    our claim term what they say it means to execute the

3    load and using it in precisely --

4          THE COURT:  But something doesn't make sense

5    because the claim itself talks about is in fact executed

6    before the data producing instruction.

7          MR. LEE:  So that means that it's gone to the

8    register.  To use our moving van example, your Honor, it

9    could be that if you're going to pick up -- if I sent

10   the truck to pick up my daughter's furniture to take it

11   to graduate school, it could be that the truck arrives

12   there and her furniture is not yet there.  Right?  But

13   it could be that my other daughter's furniture is there

14   and what they do is pick that up instead.  That's

15   Mr. Steinberg's first example that if the store

16   instruction is dependent -- the load is dependent upon

17   the store, you can go to the store and you can get the

18   wrong information.  That's why this in fact executed has

19   some meaning, and that's why when they want to talk in

20   the past tense, they do.  They did at Slide 10 and they

21   also do at Slide 11.  And it's our interpretation of in

22   fact executed is giving meaning to the past tense, it's

23   giving meaning to in fact, and it really is taking words

24   from the specification from the only example to say

25   okay, we'll take you at your word, here is what you

1    described, and we'll give it that meaning.

2         I think, Your Honor, the fourth point is the best

3    demonstration that we're actually sort of two ships

4    passing in the night is to compare the manner in which

5    the parties are articulating the terms in their brief.

6    If I could have Slide 12.  On Slide 12, Your Honor, we

7    have excerpted the portions of WARF's brief where they

8    have tried to define in fact executed for Your Honor and

9    it's bound to access, talking about something in the

10   future; started the process, suggesting that something

11   is begun but not completed; being performed, present

12   tense; at least partly executed, which is just the

13   antithesis or one of the antitheses of start executed;

14   starts execution, present tense, progressed to a point.

15        So if Your Honor takes the language as it is,

16   recognizes that they have the power of 10, takes it on

17   its face as past tense and then look at what they

18   describe as loading, our claim interpretation is

19   consistent with the intrinsic evidence in the

20   specification.

21            THE COURT:  But there is this problem because

22   there's going to be misspeculation data for the

23   prediction table in situations other than when you get

24   there and it's old information or the wrong information.

25   If there's nothing there and you can't ever load

1   anything, that's a misspeculation.

2          MR. LEE:  There will, but I think that there

3   will always be something there, even if it's a zero.  So

4   even if you load a zero, in our example of the bank

5   account, if they haven't loaded my -- if the request is

6   what happened the month of July and they haven't loaded

7   my paycheck for the month of July and there's a zero in

8   there because there have been no deposits from July,

9   what it will do is access the zero and you'll have a

10  misspeculation.

11     Your Honor, to get myself done on time, if you in

12  fact executed, if you -- if Your Honor goes back to

13  Mr. Steinberg's tutorial and the manner in which -- let

14  me step back.  If you take the summary of the invention

15  which, while many of them as Mr. Haslam says has a

16  little bit for everybody, if you take this summary of

17  the invention and read it against 4, 5 and 7, it is very

18  consistent.  It's consistent in purpose, it's consistent

19  in terms, it's consistent in pairs, and it's consistent

20  about what has happened to the construction, and I think

21  Your Honor will find it's consistent with our claim

22  interpretation.

23     To go to the very last issue Your Honor had raised,

24  we had put together Slides 45 and 46 which goes to this

25  issue of the predictor, and let me just say this, Your

1   Honor:  We do think that the predictor needs to be based

2   on a past history of misspeculations for two reasons.

3   That's what the patent says -- three reasons.  That's

4   what the patents says, it's the only disclosed

5   embodiment, and more critically that's the way the

6   invention works.  Thank you, Your Honor.

7              THE COURT:  Could I just ask you, Mr. Lee --

8              MR. LEE:  Yes.

9              THE COURT:  -- is it your understanding the

10  predictor is used at times -- if the -- if there is no

11  misspeculation, that changes the predictor as well as

12  when there is a misspeculation?

13             MR. LEE:  Yes.  If there is no misspeculation,

14  then the predictor will probably go down.

15             THE COURT:  Right.

16             MR. LEE:  Or if there's misspeculation based

17  upon a different pair, it will go down.

18             THE COURT:  Okay.

19             MR. LEE:  Thank you, Your Honor.

20             MR. HASLAM:  Thank you.

21             THE COURT:  Thank you all very much.  Did you

22  want to say one more thing, Mr. Haslam?

23             MR. HASLAM:  Just -- I never turn down that

24  offer.

25             MR. LEE:  Now we're going to count -- we're

1  going to see if we agree with what one means.

2       THE COURT:  It's very rare there's just one

3  thing.

4       MR. HASLAM:  I don't know if Mr. Lee took us to

5  task for the language used in the claim like some of his

6  arguments.  On his last argument about the history of

7  misspeculations, we were clear in the claim as to what

8  we meant.  We didn't put history in there and now he

9  clearly wants to take history and speculation from the

10  specification and put it into the patent claim when it's

11  not there.  That's why we think you don't need to

12  construe prediction or predictions.

13       THE COURT:  Thank you.  This has been very

14  helpful and I'll take it under advisement and get

15  something out relatively soon.  No promises.

16       (Proceedings ended at 12:02 p.m.)

1           I, LYNETTE SWENSON, Certified Realtime and Merit

2    Reporter in and for the State of Wisconsin, certify that

3    the foregoing is a true and accurate record of the

4    proceedings held on the 8th day of August, 2008, before

5    the Honorable Barbara B. Crabb, Chief Judge of the

6    Western District of Wisconsin, in my presence and

7    reduced to writing in accordance with my stenographic

8    notes made at said time and place.

9    Dated this 12th day of August 2008.

10

11

12

13                                    _____

14                                    Lynette Swenson, CRR, RMR,
                                          RPR, CBC
15                                    Federal Court Reporter

16

17

18

19

20

21    The foregoing certification of this transcript does not
      apply to any reproduction of the same by any means
22    unless under the direct control and/or direction of the
      certifying reporter.
23

24

25