IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>          Plaintiff,<br><br>      v.<br><br>INTEL CORPORATION,<br><br>          Defendant. | Civil Action No. 08-C-78-C<br><br>DECLARATION OF<br>ADAM S. GERSHENSON IN SUPPORT<br>OF APPLICATION FOR ADMISSION<br>*PRO HAC VICE* |

I, Adam S. Gershenson, declare and state as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I hereby apply for admission to practice in the Western District of Wisconsin on a *pro hac vice* basis representing Defendant Intel Corporation ("Intel") in the above-entitled matter.

2. I received a law degree from Harvard Law School in 2007.

3. I am an active member in good standing of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

4. I have never been disciplined or reprimanded by any bar.

5. I agree to become familiar with the Local Rules of this Court; and

6. An attorney who is a member of this bar of this Court in good standing and who maintains an office within the State of Wisconsin has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is: Richard L. Bolton, Boardman, Suhr, Curry & Field LLP, One South Pinckney Street, Fourth Floor, Madison, WI 53703, Telephone (608) 283-1789.

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18 day of August, 2009, in Boston, Massachusetts.

_____
Adam S. Gershenson

- 2 -