UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

      Plaintiff,

v.

INTEL CORPORATION,

      Defendant.

Case No. 08-C-0078-bbc

**NOTICE OF SETTLEMENT**

      Plaintiff WARF and Defendant Intel would like to inform the Court that they have reached a settlement in this matter. Pending preparation and execution of formal settlement documents, the parties expect that a stipulation of dismissal with prejudice will be filed by October 19, 2009.

October 3, 2009                    By:    *s/James D. Peterson*

                                   GODFREY & KAHN, S.C.
                                   James D. Peterson
                                   State Bar No. 1022819
                                   Bryan J. Cahill
                                   State Bar No. 1055439
                                   One East Main Street, Suite 500
                                   Post Office Box 2719
                                   Madison, WI  53701-2719
                                   Phone: 608-257-3911
                                   Fax:    608-257-0609
                                   Email: jpeterson@gklaw.com
                                              bcahill@gklaw.com

                                   IRELL & MANELLA LLP
                                   Morgan Chu (CA Bar No. 70446)
                                   Gary Frischling (CA Bar No. 130583)
                                   Jason Sheasby (CA Bar No. 205455)
                                   Ellisen S. Turner (CA Bar No. 224842)
                                   Blake Greene (CA Bar No. 260930)
                                   1800 Avenue of the Stars, Suite 900
                                   Los Angeles, CA  90067
                                   Phone: 310-277-1010
                                   Fax:    310-203-7199
                                   Email: mchu@irell.com
                                              gfrischling@irell.com
                                              jsheasby@irell.com
                                              eturner@irell.com
                                              bgreene@irell.com

                                   **Attorneys for Wisconsin Alumni
                                   Research Foundation**

By: *s/Stephen M. Muller*

Richard Bolton
BOARDMAN LAW FIRM LLP
State Bar No. 1012552
One South Pinckney Street, Fourth Floor
Madison, WI 53703
Tel: (608) 283-1789
Fax: (608) 283-1709
rbolton@boardmanlawfirm.com

William F. Lee (admitted pro hac vice)
Stephen M. Muller (admitted pro hac vice)
Elizabeth M. Reilly (admitted pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Robert A. Van Nest (admitted pro hac vice)
Leo L. Lam (admitted pro hac vice)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, California 94111
Tel: (415) 391-5400
Fax: (415) 397-7188

**Attorneys for Intel Corporation**

4239475_1